U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

2020 OCT 30  PM 12: 30

CLERK

BY_____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| MICHAEL S. PIECIAK, in his official capacity as COMMISSIONER OF THE VERMONT DEPARTMENT OF FINANCIAL REGULATION, as LIQUIDATOR of GLOBAL HAWK INSURANCE COMPANY RISK RETENTION GROUP, <br><br> Plaintiff, <br><br> v. <br><br> JASBIR S. THANDI, GLOBAL CENTURY INSURANCE BROKERS, INC., JASPREET SINGH PADDA and QUANTBRIDGE CAPITAL LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: <br><br> 2: 20-cv-173 |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, the plaintiff, the Commissioner of the Vermont Department of Financial Regulation, in his capacity as Liquidator of Global Hawk Insurance Company Risk Retention Group, states: Global Hawk Insurance Company Risk Retention Group ("Global Hawk") is a nonstock mutual insurance company. Global Hawk has no parent corporation and no publicly held corporation owns 10% or more of its stock. Further, Global Hawk has no subsidiaries and no affiliate that has issued shares of ownership to the public.

Respectfully submitted,

MICHAEL S. PIECIAK, COMMISSIONER OF
THE VERMONT DEPARTMENT OF
FINANCIAL REGULATION, SOLELY AS
LIQUIDATOR OF GLOBAL HAWK
INSURANCE COMPANY RISK RETENTION
GROUP,

By his attorneys,


_____
Jennifer Rood, Assistant General Counsel and
Special Assistant Attorney General
Vermont Department of Financial Regulation
89 Main Street
Montpelier, VT 05620
(802) 828-5672
Jennifer.Rood@vermont.gov


Of Counsel:

Eric A. Smith
Rackemann, Sawyer & Brewster P.C.
160 Federal Street
Boston, MA 02110
(617) 951-1127
esmith@rackemann.com
(*pro hac vice* motion to be submitted)