# UNITED STATES DISTRICT COURT
for the
District of Vermont

Michael S. Pieciak, *in his official capacity as Commissioner of the Vermont Department of Financial Regulation, as Liquidator of Global Hawk Insurance Company Risk Retention Group*

v.

Jasbir S. Thandi; Global Century Insurance Brokers, Inc.; Jaspreet Singh Padda; Quantbridge Capital LLC

Case No.    2:20-cv-173

### ENTRY OF DEFAULT

The Plaintiff having filed an Application for Entry of Default as to Defendant(s):

    Quantbridge Capital LLC

It appearing that said Defendant(s) has failed to plead, file a verified answer, or otherwise defend, <u>DEFAULT</u> of Defendant(s):

    Quantbridge Capital LLC

is hereby entered pursuant to Rule 55(a), F.R.Civ.P.

Dated at Burlington, in the District of Vermont, this 22nd day of November, 2021.

**JEFFREY S. EATON**
**Clerk of Court**

**BY:** */s/ Kristin Pratico*
**Deputy Clerk**

CERTIFICATE OF SERVICE

I, Jeffrey S. Eaton, hereby certify that on November 22, 2021 the foregoing Entry of Default was electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Joseph E. McNeil, Esq.: jmcneil@mcneilvt.com

Heather E. Ross, Esq.: hross@sheeheyvt.com

Brian A. Suslak, Esq.: bsuslak@morrisonmahoney.com

Jennifer Rood, Esq.: jennifer.rood@vermont.gov

Eric A. Smith, Esq.: esmith@rackemann.com

Tory A. Weigand, Esq.: tweigand@morrisonmahoney.com

Michael J. Racette, Esq.: mracette@morrisonmahoney.com

I also certify that on November 22, 2021, I have mailed by United States Postal Service, the document to the following non-registered participants:

Jaspreet Singh Padda
10349 Hite Cir.
Elk Grove, CA 95757

**JEFFREY S. EATON**
**Clerk of Court**

**BY:** *Kristin Pratico*
**Deputy Clerk**