**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| | **)** | |
| KEVIN GAFFNEY, in his official | **)** | |
| Capacity as COMMISSIONER | **)** | |
| OF THE VERMONT DEPARTMENT | **)** | |
| OF FINANCIAL REGULATION, as | **)** | |
| LIQUIDATOR of GLOBAL HAWK | **)** | |
| INSURANCE COMPANY RISK | **)** | |
| RETENTION GROUP | **)** | |
| | **)** | |
|     Plaintiff, | **)** | Civil Action No. 2:20-cv-173 |
| | **)** | |
| v. | **)** | |
| | **)** | |
| JASBIR S. THANDI, | **)** | |
| GLOBAL CENTURY INSURANCE | **)** | |
| BROKERS, INC., JASPREET SINGH | **)** | |
| PADDA and QUANTBRIDGE | **)** | |
| CAPITAL LLC, | **)** | |
| | **)** | |
|     Defendants. | **)** | |
| | **)** | |

Report of Plaintiffs' Expert Accountant
Edward W. Buttner IV
August 24, 2022

**TABLE OF CONTENTS**

**Introduction** ........................................................................................................ **1**

**Qualifications** .................................................................................................... **1**

**Documents** ........................................................................................................ **2**

**Background** ....................................................................................................... **3**

**Executive Summary** ........................................................................................ **5**

**Detailed Bases of Opinions** ............................................................................ **8**

   Misappropriation of Global Hawk Funds ......................................................... 8

      Concealment of Global Hawk Misappropriated Funds Directed to Payoff SPA Loan - $10,592,157 ............................................................................................... 10

      Concealment of Misappropriated Withdrawals From GH Mechanics 8399 - $6,000,000 ................................................................................................................. 13

      Concealment of Global Hawk Misappropriated Funds Directed to Grey's Investments - $4,443,597 ..................................................................................... 15

      Concealment of Global Hawk Misappropriated Funds Directed to Global Hawk P&C - $2,420,581 .......................................................................................... 16

      Concealment of Global Hawk Misappropriated Funds Directed to Advent Fund Limited - $836,878 .................................................................................................. 18

      Concealment of Global Hawk Misappropriated Funds Directed to Bridge Bank Account No. 7363 - $500,000 ................................................................................ 19

      Concealment of Global Hawk Misappropriated Funds Directed to Pershing - $100,000 ............................................................................................................... 20

      Incoming Funds Reduced Misappropriated Funds – ($12,177,669) ........................ 21

   Ghost Policies Unremitted Premiums .......................................................... 23

   Prejudgment Interest .................................................................................... 26

   Treble Damages Under RICO ...................................................................... 27

**Conclusion** ...................................................................................................... **28**

**List of Appendices**

**APPENDIX A – Curriculum Vitae of Edward Buttner IV** ...................................... **A-1**

**APPENDIX B – Documents Considered** ................................................................. **B-1**

**APPENDIX C – Summary of Asset Misappropriations / Offsets** ........................... **C-1**

**APPENDIX D – Detail of Global Hawk Funds Directed to Payoff SPA Loan** ....... **D-1**

**APPENDIX E – Detail of Concealed Checks Written from Mechanics Bank 8399** **E-1**

**APPENDIX F – Detail of Global Hawk Funds Directed to Grey's Investments** ..... **F-1**

**APPENDIX G – Detail of Funds Directed to GH Property & Casualty - 7935** ...... **G-1**

**APPENDIX H – Detail of Global Hawk Funds Directed to Advent Limited** .......... **H-1**

**APPENDIX I – Detail of Global Hawk Funds Directed to ACCT 7363** .................... **I-1**

**APPENDIX J – Detail of Global Hawk Funds Directed to Pershing** ........................ **J-1**

**APPENDIX K – Detail of Incoming Funds which Offset Misappropriated Funds** **K-1**

**APPENDIX L – Detail of Ghost Policies Reported to Agile Premium Finance** ...... **L-1**

**APPENDIX M – Detail of Ghost Policies Reported to FMCSA** .............................. **M-1**

**Introduction**

I have been retained by Verrill Dana LLP, on behalf the Commissioner of the Vermont Department of Financial Regulation ("VTDFR"), as Liquidator ("Liquidator") of Global Hawk Insurance Company Risk Retention Group ("Global Hawk"), to assist in the analysis of Global Hawk's financial records and to specifically review, analyze, calculate, and opine regarding certain funds misappropriated from Global Hawk by Jasbir Thandi and/or Global Century Insurance Brokers, Inc. ("GCIB" and collectively, the "Defendants"[1]). Such misappropriated funds include, but are not limited to, amounts withdrawn from the accounts of Global Hawk for no discernible business purpose at the direction of the Defendants and certain premiums collected by the Defendants but not remitted to Global Hawk.

**Qualifications**

My qualifications and credentials are set forth in my curriculum vitae that is attached hereto as Appendix A. To summarize my educational and work experience, I obtained a Bachelor's Degree in Accounting from Jacksonville University in 1976 and became a certified public accountant in 1977. Following graduation in 1976, until 1992, I was employed continuously with the international professional services firm of Ernst & Young, LLP ("EY") and its predecessor firms for sixteen years, the last four years as a partner. From 1992 to early 2012, I provided accounting, auditing, and consulting services through the firm of Buttner Hammock and Company P.A. and its predecessor firms. In January 2012, I joined Veris Consulting, Inc., an accounting, and consulting firm headquartered in Reston, Virginia. Veris was acquired by Ocean Tomo LLC in April 2021, and Ocean Tomo

---

[1] I have been informed by Counsel that Jaspreet Singh Padda and Quantbridge Capital LLC are no longer defendants in this matter.

1

LLC was acquired by J.S. Held LLC in March 2022. I am a certified public accountant ("CPA"), licensed in the State of Florida, and a certified fraud examiner ("CFE"). I am certified in financial forensics ("CFF") and am a member of the American and Florida Institutes of Certified Public Accountants.

I have provided expert witness testimony in state and federal courts. I have testified on a number of issues including, but not limited to, standard of care of those providing bookkeeping, accounting, and auditing services, accounting and financial reporting practices, compliance with statutory and generally accepted accounting principles as regards insurance entities, and the calculation of economic damages.

I have prepared this expert report ("Report"), and the opinions contained herein are mine. During this engagement, I have been assisted by other professional accountants, working under my direction and supervision, to perform certain document review and analysis. I am being compensated for this engagement at a rate of $400 per hour; the other professional accountants assisting me are billed at rates ranging from $200 to $400 per hour.

**Documents**

In the course of my analysis, I have reviewed a significant volume of financial and other records and documents provided in connection with this matter. Appendix B hereto includes a summarized listing of the documents that I have considered in the preparation of this Report.

I reserve the right to supplement or amend this Report based on additional information obtained or if I subsequently identify additional matters that I consider to be significant. Prior to providing any testimony in this matter, I expect to review any additional documents

2

produced or otherwise provided to me, and to perform such additional work as I consider useful and relevant to my opinions in this matter.

Some of the dollar amounts included in this Report have been rounded and have not been disclosed as being "approximate amounts" from the amounts included in other documents that were used in the preparation of this Report. The effect of rounding those amounts is not material to my opinions provided herein.

**Background[2]**

Global Hawk, a mutual insurance company domiciled in Vermont, was placed into liquidation by the VTDFR on June 8, 2020. Prior to being placed into liquidation, Global Hawk's business was managed by GCIB pursuant to a managing general agent ("MGA") agreement. Jasbir Thandi was President, Treasurer and Director of Global Hawk, and he owns GCIB.[3]

As Global Hawk's MGA, GCIB performed the day-to-day operational services, including issuing policies, collecting premiums, remitting premiums net of fees and other reductions to Global Hawk, paying claims, and paying underwriting and other expenses. GCIB managed Global Hawk's bank and investment accounts and maintained Global Hawk's books and records.[4] GCIB also provided information for Global Hawk's books and records to Global Hawk's captive manager, Global Insurance Management & Consulting LLC (the

---

[2] Based on the Complaint filed October 30, 2020, in the United States District Court, District of Vermont in Civil Action No. 2:20-cv-173 (the "Complaint"). This Report assumes the allegations contained in the Complaint are true and accurate. However, certain allegations in the Complaint have been supported as described herein.
[3] The Complaint, Paragraph 6.
[4] The Complaint, para 15.

3

"Captive Manager") and access to Global Hawk's general ledger for the purpose of preparing and filing reports required by the VTDFR.[5]

The information GCIB provided to the Captive Manager included bank and investment account statements in support of the transactions GCIB had input into Global Hawk's underlying books and records which information was necessary to prepare the filings made by the Captive Manager.[6] As described more fully herein, the documents provided by GCIB to the Captive Manager, which were purported to be true and accurate, included statements that were created, or were caused to be created, by Mr. Thandi and GCIB and which had been falsified by GCIB and/or persons affiliated with GCIB. The Liquidator has alleged that these falsified statements were used by the Defendants to conceal the misappropriation of millions of dollars of Global Hawk's assets and mask the company's insolvency.[7]

Also as more fully described herein, the information provided by GCIB as regards new and renewal policies, including premiums collected, excluded information about certain policies that GCIB had issued in the name of Global Hawk. The Liquidator and his counsel have obtained information regarding the extent of the policies issued but not reported to Global Hawk. Per the Complaint, "[p]olicies issued by GCIB, a managing general agent with authority to bind Global Hawk, that do not appear in Global Hawk's records are referred to as 'Ghost Policies.'"[8]

---

[5] The Complaint, para 16.
[6] The Complaint, para 16.
[7] The Complaint, para 1.
[8] The Complaint, para 79.

On October 30, 2020, the Liquidator filed the Complaint asserting claims against Mr. Thandi and GCIB, among others, and seeking recovery for the misappropriation of Global Hawk's assets and for the unremitted premiums collected on the Ghost Policies.

**Executive Summary**

Based on the information reviewed and my education and professional training and experience, I have formed the opinions and reached conclusions as follows –

1. Based on my review and analysis of Global Hawk's underlying books and records and certain bank and investment statements for the period October 2016 to June 2020 which were obtained directly from the actual financial institutions, and falsified statements provided to the Captive Manager by GCIB, I identified $24,893,213 that was withdrawn or disbursed from Global Hawk's accounts with no discernible business purpose. Such withdrawals were from Global Hawk's bank and investment accounts and were concealed or obfuscated by the falsified information as follows:

| Global Hawk Account[9] | Amount Misappropriated |
|---|---|
| GH Stifel 0101 | $13,356,681 |
| GH Mechanics 8399 | 6,000,000 |
| GH Bridge 0831 | 6,700,497 |
| GH Stifel 2396[10] | (1,163,965) |
| | **$24,893,213** |

2. During the same period, $12,177,669 of funds were also wired, transferred, or otherwise deposited into GH Bridge 0831 and GH Stifel 2396.[11] These transactions were also concealed or obfuscated by the falsification of Global Hawk's bank

---

[9] These accounts are further described in the following sections of the Detailed Bases of Opinions.
[10] As described herein, certain incoming transactions offset and reduce amounts misappropriated.
[11] Net of two disbursements.

statements and underlying books and records. There was no discernible business purpose for these transactions, and the source entity for many of the transactions were entities related to Global Hawk and/or Mr. Thandi, although some source entities could not be determined. Because these inflows were concealed or obfuscated in the same manner of the misappropriations described herein, the afore-described "deposits" are considered offsets and reductions to the total amount of the misappropriated Global Hawk funds.

3. The determination of the exact number of Ghost Policies and the premiums resulting therefrom is based on the information currently available. To date, based on information provided to the Liquidator by third parties, I have determined that $12,379,704 of insurance premiums was collected by GCIB and not remitted to Global Hawk. In the event additional Ghost Policies are identified, the estimate of premiums collected and not remitted to Global Hawk would increase.

4. Based on the above and described more fully herein, I have calculated total damages resulting from the misappropriation of assets, less offsetting transactions, and unremitted Ghost Policy premiums of $25,095,248. I have also calculated $12,071,889 in prejudgment interest that would be due to Global Hawk as of the date of this Report using a 12% statutory rate.[12]  Accordingly, the total damages resulting from the misappropriation of assets, less reductions, and unremitted premiums from Ghost Policies, plus prejudgment interest, are $37,167,137.

---

[12] Includes $3,820,824 of prejudgment interest on damages arising before March 1, 2018.

Additional daily interest in the amount of $8,250 on all damages would be due to Global Hawk until the Court renders its rulings.

5. I am advised by Counsel that the elements of damages (misappropriations, less reductions, and unremitted Ghost Policy premiums) arising on or after March 1, 2018, are subject to trebling under the RICO statute, 18 U.S.C. § 1964(c) ("RICO"). The damages arising on or after March 1, 2018, excluding any associated prejudgment interest, total $18,921,336; therefore, the additional damages allowed under RICO would be $37,842,672 (or two times the amount of damages).

6. The total damages resulting from the misappropriation of assets, less reductions, and unremitted premiums from Ghost Policies occurring before March 1, 2018, plus prejudgment interest on damages arising before March 1, 2018, plus treble damages allowed under RICO for the elements of damages arising on or after March 1, 2018, are $66,758,744. Additional daily interest in the amount of $2,030 on damages arising before March 1, 2018, would be due to Global Hawk until the Court renders its rulings.

**Detailed Bases of Opinions**

Descriptions of my opinions and the bases and support thereof are included in the following sections of this Report.

Misappropriation of Global Hawk Funds

As set forth in the Complaint, GCIB maintained Global Hawk's underlying books and records and provided bank and investment statements to the Captive Manager, which were used to prepare Global Hawk's annual statement and other financial reports and filings.[13] Those statements were created, or caused to be created, by Mr. Thandi and GCIB and included falsified and fabricated information (collectively, "Fraudulent Statements"). Based upon my review of Global Hawk's underlying books and records, the accounting entries recorded in Global Hawk's general ledger matched such falsified information.[14]

Per paragraph 22 of the Complaint, the Defendants provided statements from Quantbridge Capital LLC ("Quantbridge") to the Captive Manager concerning Global Hawk's funds held at Stifel.[15] However, Stifel was actually the custodian of Global Hawk's invested funds, not Quantbridge. Per paragraph 19 of the Complaint, the Global Hawk accounts at Stifel were GH Stifel 0101 and GH Stifel 2396. Global Hawk's underlying books and records listed Quantbridge accounts, rather than GH Stifel 0101 or GH Stifel 2396 accounts, which masked fraudulent activity. Throughout this Report, references to Quantbridge, as included in Global Hawk's underlying books and records, are meant to include GH Stifel 0101 and/or GH Stifel 2396.

---

[13] GHIC Filed Annual Statements as listed in Appendix B; Liquidator-000365.pdf; Liquidator-003809.pdf.
[14] General Ledger Excel Documents as listed in Appendix B.
[15] Complaint, paragraph 22.

8

The false financial information contained in the Fraudulent Statements also concealed the true nature of certain disbursements from Global Hawk's cash and invested assets accounts. To determine what assets had been disbursed in such a fraudulent manner, information regarding Global Hawk's bank and investment accounts were obtained by the Liquidator directly from the financial institutions, among others, (collectively, the "Genuine Statements") as follows:

- Bridge Bank account no. ***0831 ("GH Bridge 0831")[16],[17]
- Mechanics Bank account no. ***8399 ("GH Mechanics 8399")[18]
- Stifel Nicolaus & Company account no. ***0101 ("GH Stifel 0101")[19]
- Stifel Nicolaus & Company account no. ***2396 ("GH Stifel 2396")[20]

I compared Global Hawk's underlying books and records to the information in the Genuine Statements and, after investigating the discrepancies, identified $24,893,213 of Global Hawk's assets that had been misappropriated. A complete list of the asset misappropriations is included in Appendix C.

When available, I also reviewed certain Fraudulent Statements for additional information regarding certain efforts to conceal the misappropriation of Global Hawk's assets.[21]

The individual components of the misappropriated assets include the payoff of the SPA Loan of $10,152,157 and other components, which collectively total $14,301,056, as shown in the table below.

---

[16] Bridge Bank is a division of Western Alliance Bank, which provided the documents to the Liquidator.
[17] statements-checks-deposits.pdf; Western Alliance – Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf.
[18] Statements.pdf as listed in Appendix B.
[19] 2019 Statements (XXXX-0101).pdf; 2017 Statements (XXXX-0101).pdf; Wire detail (XXXX-0101).pdf.
[20] 2019 Statements (XXXX-2396).pdf; 2018 Statements (XXXX-2396).pdf; 2017 Statements (XXXX-2396).pdf; Wire detail (XXXX-2396).pdf.
[21] Liquidator-003809.pdf; Liquidator-000365.pdf.

| | Global Hawk Account | | | | |
| --- | --- | --- | --- | --- | --- |
| | GH Stifel 0101 | GH Mechanics 8399 | GH Bridge 0831 | GH Stifel 2396 | Total |
| SPA Payoff | $10,767,157 | | ($175,000) | | $10,592,157 |
| Mechanics Checks | | 6,000,000 | | | 6,000,000 |
| Grey's Investment | | | 4,225,497 | 218,100 | 4,443,597 |
| Global Hawk P&C | 1,400,000 | | 2,500,000 | (1,479,419) | 2,420,581 |
| Advent | 1,189,524 | | (450,000) | 97,354 | 836,878 |
| ACCT 7363 | | | 500,000 | | 500,000 |
| Pershing | | | 100,000 | | 100,000 |
| **Total** | **$13,356,681** | **$6,000,000** | **$6,700,497** | **$(1,163,965)** | **$24,893,213** |

The individual components and any offsets thereto are described in the following sections of this Report. Further details and copies of selected supporting documents are included in individual Appendices D through K, as identified herein.

### Concealment of Global Hawk Misappropriated Funds Directed to Payoff SPA Loan - $10,592,157

Per paragraphs 20 and 21 of the Complaint:

> Beginning in 2016, Global Hawk also had a line of credit with Stifel. On August 17, 2016, Thandi, purporting to act for Global Hawk and Global Hawk Property and Casualty Insurance Company ("Global Hawk P&C") applied for a Stifel Pledged Asset (SPA) Loan Account from Stifel. The application included a Corporate Resolution to Borrow/Grant Collateral in which Thandi certified that Global Hawk's Board of Directors had authorized the use of Global Hawk assets as collateral at a meeting on August 17, 2016. This certification was false. Global Hawk's Board of Directors did not approve the use of Global Hawk assets as collateral and did not approve applying for the Stifel loan. Stifel approved the SPA loan (SPA loan account ***1745 with an initial credit line in the amount of $6,400,000, obtaining as collateral a pledge of assets including Global

*Hawk's account \*\*\*0101 at Stifel. On December 21, 2016, the line of credit was increased to $14,000,000.* [22]

*On March 7, 2017, Thandi, purporting to act for GCIB, Global Hawk P&C, and Global Hawk, applied for a new Stifel Pledged Asset Loan Account from Stifel. The application included a Corporate Resolution to Borrow/Grant Collateral certifying that Global Hawk's Board of Directors had authorized the use of Global Hawk assets as collateral at a meeting on August 12, 2016. This was false. Global Hawk's Board of Directors did not approve the use of Global Hawk assets as collateral and did not approve applying for the Stifel loan. Stifel approved the SPA loan (SPA loan account \*\*\*7833) with a credit line of $14,750,000, obtaining as collateral a pledge of assets including Global Hawk's account \*\*\*0101 at Stifel.* [23]

Further, per paragraphs 24 to 27 of the Complaint:

*Thandi borrowed more than $14 million from Stifel in Global Hawk's name, used all but $175,000 of the borrowed funds for purposes unrelated to Global Hawk, and repaid the loan with Global Hawk funds.*

*Thandi drew a total of $13,875,000 from Stifel under the SPA loan account \*\*\*7145 line of credit. There was no legitimate business purpose to borrow these funds, and the loan proceeds were not used to benefit Global Hawk. All of the loan proceeds were deposited to a GCIB account at Bank of the West (account \*\*\*6186). Global Hawk's general ledger does not reflect the receipt of any these SPA loan proceeds. Global Hawk's 2016 Annual Statement does not report the existence of any borrowed money.*

*In 2017, Thandi drew $13,943,035.63 from Stifel SPA loan account \*\*\*7833. These funds were used to pay off the earlier loan (SPA loan account \*\*\*1745). Thandi also drew $175,000 from SPA loan account \*\*\*7833 which was deposited in a Global Hawk account at Bridge Bank (account \*\*\*0831). Global Hawk's general ledger recorded receipt of the $175,000 as a transfer from "Quantbridge Capital LLC." Global Hawk's 2017 Annual Statement and its 20198 Annual Statement do not report the existence of any borrowed money.*

*Thandi paid off the second Stifel SPA loan (SPA loan account \*\*\*7833) in February and March 2019. Of the total of $14,548,564.88 paid to pay off the second SPA loan, at least $10,719,614.91 from Stifel Account \*\*\*0101 (belonging to Global Hawk) to Stifel loan account \*\*\*7833. The transfer was made on February 4, 2019. On February 4, 2019, Thandi directed Stifel to transfer $47,542.17 from Stifel account \*\*\*0101 to Stifel loan account*

---

[22] The Complaint, para 20.
[23] The Complaint, para 21.

*\*\*\*7833. The transfer was made on February 5, 2019. There was no
legitimate business purpose for making these transfers.*

Based on my review of Global Hawk's underlying books and records:

- There were no disclosures of these encumbered assets in Global Hawk's annual
  statements.

- There were no disclosures of any receipts or payments from or to Stifel SPA 1745
  or Stifel SPA 7833.

Based on my review of the Genuine Statements,

- Two wire disbursements totaling $10,767,157 were made in 2019 from the GH
  Stifel 0101 to the Stifel SPA 7833 in repayment of the SPA loan.[24]

- One incoming wire for $175,000 was received by Global Hawk in GH Bridge 0831
  on October 5, 2018, from the same Stifel SPA 7833. The receipt of the $175,000 is
  a reduction of the misappropriated assets.[25] The incoming wire was falsely reported
  in the underlying books and records with "Quantbridge" as the source.

- Global Hawk did not receive any other proceeds from Stifel SPA 7833. [26]

- The two disbursements involving Stifel SPA 7833 were not recorded to Global
  Hawk's underlying books and records.

---

[24] Wire detail (XXXX-0101).pdf, pp. 4 – 5; 2019 Statements (XXXX-0101).pdf, p. 23.
[25] Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 45; statements-checks-deposits.pdf, p. 596.
[26] Included in the Fraudulent Statements were falsified "investment statements" that were prepared by Quantbridge which I have not reviewed. I have noted throughout this Report the extensive differences between the activity reported by Stifel and Global Hawk's underlying books and records.

12

See further details at Appendix D.

***Concealment of Misappropriated Withdrawals From GH Mechanics 8399 - $6,000,000***
Based upon my review of the Genuine Statements and Global Hawk's underlying books and records, three checks totaling $6,000,000 written from GH Mechanics 8399 were improperly recorded as transfers to Quantbridge (i.e., still part of Global Hawk's assets). Based on my review of the actual supporting documentation, the three disbursements were for the following:

- Check 1092 cleared GH Mechanics 8399 on March 1, 2017, for $500,000. A copy of the cleared check accompanying the March bank statement identified that the check was made to "Cash for Cashier's Check" and signed by Mr. Thandi. Per paragraph 39 of the Complaint, there was no business purpose for this cash withdrawal from the Global Hawk account. Based upon my review of Global Hawk's books and records provided in this matter, there was no discernible business purpose for this transaction.

  The Fraudulent Statements included a falsified March 2017 statement for GH Mechanics 8399 which showed no checks clearing the account during the month, but it included an outgoing wire to a Stifel account in the amount of $500,000. There were no incoming wires to GH Stifel 0101 or GH Stifel 2396 in March 2017 reported in the Genuine Statements.[27]

- Check 1091 cleared GH Mechanics 8399 on March 17, 2017, for $1,000,000. A copy of the cleared check accompanying the March bank statement from the

---

[27] Liquidator-003809.pdf, p. 25 (Bates #Liquidator-003833).

Genuine Statements identified that the check was made payable to GCIB and signed by Mr. Thandi and Sandeep Sahota, GCIB's CFO.[28] Per paragraph 39 of the Complaint, there was no business purpose for this payment by Global Hawk to GCIB. Based upon my review of Global Hawk's books and records provided in this matter, there was no discernible business purpose for this transaction.

The Fraudulent Statements included a falsified March 2017 bank statement for GH Mechanics 8399 that showed no checks clearing the account during the month but included an outgoing wire to a Stifel account in the amount $1,000,000. As previously noted, there were no incoming wires to GH Stifel 0101 or GH Stifel 2396 in March 2017.

- Cashier's check cleared GH Mechanics 8399 on August 16, 2017, for $4,500,000. A copy of the cleared check accompanying the August bank statement included in the Genuine Statements identified that the check was made payable to Houston Management Consulting, Inc. Per paragraph 40 of the Complaint, there was no business purpose for this payment by Global Hawk to Houston Management Consulting, Inc., a company associated with Mr. Thandi.[29] Based upon my review of Global Hawk's books and records provided in this matter, there was no discernible business purpose for this transaction.

The Fraudulent Statements included a falsified August 2017 statement for GH Mechanics 8399 that showed no checks clearing the account during the month but

---

[28] Statements.pdf, pp. 5 & 7.
[29] Statements.pdf, pp. 17 & 20.

included an outgoing wire to a Stifel account in the amount $4,500,000. There were

no incoming wires to GH Stifel 0101 or GH Stifel 2396 in August 2017 reported in

the Genuine Statements.[30]

See further details at Appendix E.

### *Concealment of Global Hawk Misappropriated Funds Directed to Grey's Investments - $4,443,597*

Based upon my review of the Genuine Statements, including wire advices from Bridge

Bank, and Global Hawk's underlying books and records, twenty transactions totaling

$4,225,497 were identified in GH Bridge 0831 from March 9, 2018, to January 31, 2019,

as either outgoing or incoming wires from account XX7240.

Per paragraph 42 of the Complaint, and based on the wire advices obtained from Bridge

Bank, account XX7240 is an account in the name of Grey's Investment, Inc. ("Grey").[31]

Per paragraph 43 of the Complaint, Mr. Thandi is an officer and director of Grey, and per

paragraph 44 of the Complaint, there was no legitimate business purpose for the transfer

of funds to Grey.

The falsified GH Bridge 0831 bank statements included in the Fraudulent Statements did

not show the outgoing wires to Grey,[32] and those wires were not recorded in Global Hawk's

underlying books and records. The incoming wires from Grey were described as wires from

Stifel on the GH Bridge 0831 bank statements, but those statements do not identify the

---

[30] Liquidator-003809.pdf, p. 85 (Bates #Liquidator-003893).

[31] Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1)

[32] There is one falsified transfer entry to another Global Hawk bank account (Bridge Bank Account No. 5531) on the July 2017 statement in the same amount as a transfer to Grey. There is no such transfer to that Global Hawk Bank account reported in the Genuine Statements.

15

actual originating Stifel account. Despite the fact that there were no wires from GH Stifel 0101 or GH Stifel 2396 for those amounts in the corresponding months, the incoming wires were recorded as transfers from Quantbridge.[33]

An additional four transactions totaling $218,100 were identified in GH Stifel 2396 in October 2018 as outgoing wires to Grey, account XX7240.[34]

The total of these incoming and outgoing transactions between a Global Hawk account and Grey was $4,443,597. Based on my review of Global Hawk's books and records that were provided in this matter, there was no discernible business purpose for these transactions between Global Hawk and Grey.

See further details at Appendix F.

***Concealment of Global Hawk Misappropriated Funds Directed to Global Hawk P&C - $2,420,581***

Based upon my review of the Genuine Statements, five transactions totaling $5,244,061 were identified as disbursements from GH Bridge 0831, GH Stifel 0101, and GH Stifel 2396 to the Stifel account XX7935 from July 25, 2017, to August 9, 2017, as follows:

- Three outgoing wires totaling $2,500,000 were transacted from GH Bridge 0831 on consecutive days starting on July 25, 2017. The GH Bridge 0831 statements described the wires as being directed to Stifel, but the specific account was not identified. Despite there being no corresponding wires into GH Stifel 0101 or GH

---

[33] The details of these transactions and the supporting documentation references are in Appendix F.
[34] 2018 Statements (XXXX-2396).pdf, pp. 212-213.

16

Stifel 2396, the disbursements were recorded in Global Hawk's underlying books and records as transfers to Quantbridge.[35]

- One outgoing transfer for $1,400,000 was transacted from GH Stifel 0101 on July 27, 2017, which was not recorded in Global Hawk's underlying books and records.[36]

- One outgoing transfer for $1,344,061 was transacted from GH Stifel 2396 on August 9, 2017, which was not recorded in Global Hawk's underlying books and records.[37]

Account XX7935 is an account belonging to Global Hawk Property & Casualty Insurance Company ("Global Hawk P&C").[38]   Based on my review of Global Hawk's books and records provided in this matter, there were no discernible business purpose for the transactions between Global Hawk and Global Hawk P&C. On August 9, 2017, however, there was a transfer of securities into GH Stifel 2396 valued at $2,823,480 from Global Hawk P&C.[39] The transfer of securities was not recorded in Global Hawk's books and records.

The net amount of disbursements from Global Hawk's accounts to Global Hawk P&C is $2,420,581.

---

[35] Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, pp. 10-12; statements-checks-deposits.pdf, pp. 482-483.
[36] 2017 Statements (XXXX-0101).pdf, p. 156.
[37] 2017 Statements (XXXX-2396).pdf, p. 5.
[38] LOA 75077935   X 8-9-2017 - ATV - - - - - - - -.pdf.
[39] 2017 Statements (XXXX-2396).pdf, p. 6.

See further details at Appendix G.

***Concealment of Global Hawk Misappropriated Funds Directed to Advent Fund Limited - $836,878***

Based upon my review of the Genuine Statements, four transactions totaling $836,878 were transacted in Global Hawk accounts as either outgoing wires to or incoming transfers from Bridge Bank account no. XX4464. Per paragraph 46 of the Complaint and according to the genuine outgoing wire advices, the account belongs to Advent Fund Ltd ("Advent"), and not Global Hawk.

- On January 29, 2019, $97,354 was wired from GH Stifel 2396 to Advent. The transaction was not recorded in Global Hawk's underlying books and records.[40]

- On February 5, 2019, $1,189,524 was wired from GH Stifel 0101 to Advent. The transaction was not recorded in Global Hawk's underlying books and records.[41] Per paragraph 46 of the Complaint, there was no discernible business purpose for this transaction.

- On February 28, 2019, $150,000 was transferred to GH Bridge 0831 from Advent. The falsified February 2019 GH Bridge 0831 bank statement reported the transfer source as Stifel, and Global Hawk's underlying books and records reported the incoming wire as coming from Quantbridge, but there was no disbursement from Stifel 0101 or GH Stifel 2396 to GH Bridge 0831 in February 2019.[42]

---

[40] Wire detail (XXXX-2396).pdf, p. 4; 2019 Statements (XXXX-2396).pdf, p. 4.
[41] 2019 Statements (XXXX-0101).pdf, p. 23; Wire detail (XXXX-0101).pdf, p. 5.
[42] statements-checks-deposits.pdf, p. 622; Liquidator-000365.pdf, p. 2421 (Bates #Liquidator-002785).

18

- On December 31, 2019, $300,000 was transferred to GH Bridge 0831 from Advent. The falsified December 2019 GH Bridge 0831 bank statement reported the transfer source as Stifel, and Global Hawk's underlying books and records reported the incoming wire as coming from Quantbridge, but there was no disbursement from Stifel 1010 or GH Stifel 2396 to GH Bridge 0831 in December 2019.[43]

The total of these incoming and outgoing transactions between a Global Hawk account and Advent was $836,878. Based on my review of Global Hawk's books and records that were provided in this matter, there was no discernible business purpose for these transactions between Global Hawk and Advent.

See further details at Appendix H.

### Concealment of Global Hawk Misappropriated Funds Directed to Bridge Bank Account No. 7363 - $500,000

Based upon my review of the Genuine Statements, two online transfers totaling $500,000 were made from GH Bridge 0831 to "DEP XXXXXX7363," the recipient of which has yet to be identified ("ACCT 7363"). Per paragraph 42 of the Complaint, this is not an account owned by Global Hawk. The two transactions were as follows:

- On May 3, 2018, $300,000 was transferred from GH Bridge 0831 to ACCT 7363. The transfer was not recorded in Global Hawk's underlying books and records, nor was the transfer included on the falsified May 2018 GH Bridge 0831 bank statement.[44]

---

[43] statements-checks-deposits.pdf, p. 693; Liquidator-000365.pdf, p. 3406 (Bates #Liquidator-003770).

[44] statements-checks-deposits.pdf, p. 561; Liquidator-003809.pdf, p. 1557 (Bates #Liquidator-001921).

19

- On July 19, 2018, $200,000 was transferred from GH Bridge 0831 to ACCT 7363. The transfer was not recorded in Global Hawk's underlying books and records, nor was the transfer included on the falsified July 2018 GH Bridge 0831 bank statement.[45]

Based on my review of Global Hawk's books and records that were provided in this matter, there was no discernible business purpose for the transactions between Global Hawk and ACCT 7363.

See further details at Appendix I.

***Concealment of Global Hawk Misappropriated Funds Directed to Pershing - $100,000***

Based on my review of the Genuine Statements, an outgoing wire in the amount of $100,000 was transacted on May 23, 2017, from GH Bridge 0831.[46] The GH Bridge 0831 bank statement describes the wire as being directed to a company called Pershing LLC[47], but the transaction was recorded in Global Hawk's underlying books and records as a transfer to Quantbridge with the description, "Transfer to QB for Investment."

No incoming wire was received by GH Stifel 0101 or GH Stifel 2396 in May 2017, and I have seen nothing in the documents provided in this matter or in the underlying books and records of Global Hawk as regards an investment in or to Pershing LLC.

See further details at Appendix J.

---

[45] statements-checks-deposits.pdf, p. 575.; Liquidator-003809.pdf, p. 1770 (Bates #Liquidator-002134).
[46] Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 6.
[47] statements-checks-deposits.pdf, p. 467.

20

*Incoming Funds Reduced Misappropriated Funds – ($12,177,669)*

Based upon my review of the Genuine Documents and Global Hawk's underlying books and records, I identified certain funds that were wired, transferred, or otherwise deposited into GH Bridge 0831 and GH Stifel 2396. In general, these transactions were represented as transfers between Global Hawk's accounts but were actually transfers in from external sources. These transactions were also concealed or obfuscated by the falsification of Global Hawk's bank statements and underlying books and records, as follows:

- $5,403,000, consisting of 42 separate transactions from February 14, 2019, to January 31, 2020, was transferred into GH Bridge 0831 from an account owned by GCIB (XX7938). The falsified bank statements state the transfers came from an account at Stifel, and the transfers were recorded in Global Hawk's underlying books and records as transfers from Quantbridge, but there were no corresponding transfers from GH Stifel 0101 or GH Stifel 2396.

- $3,260,000, consisting of 15 transactions from October 18, 2018, to August 21, 2019, was transferred or wired into GH Bridge 0831 from accounts owned by Houston General Insurance Exchange (XX2229, XX9220 and XX9487). The falsified bank statements state the incoming transactions came from an account at Stifel, and the transfers were recorded in Global Hawk's underlying books and records as transfers from Quantbridge, but there were no corresponding transfers from GH Stifel 0101 or GH Stifel 2396.

- On August 9, 2017, there was a transfer of securities into GH Stifel 2396 from an account owned by Mr. Thandi valued at $4,392,080 (XX5938). On the same day, a transfer of $2,045,411 was made out of GH Stifel 2396 into the same account owned by Mr. Thandi. The net amount of funds and securities transferred into GH

21

Stifel 2396 from Mr. Thandi was $2,346,669. These transfers were not recorded in Global Hawk's books and records.

- $1,168,000, consisting of six transactions from October 5, 2018, to December 31, 2019, was transferred into GH Bridge 0831 from three accounts, the owner of which has not yet been identified (XX2907, XX5913, and XX9385). The falsified bank statements either omit the incoming transactions or state they came from an account at Stifel. The transfers were recorded in Global Hawk's underlying books and records as transfers from Quantbridge, but there were no corresponding transfers from GH Stifel 0101 or GH Stifel 2396.[48]

See additional detail at Appendix K and an example at Appendix H, Exhibit H-5.

Based on my review of Global Hawk's books and records provided in this matter, there was no discernible business purpose for the transfers described herein, but as the incoming transactions provided Global Hawk short-term liquidity, they are reductions to the total amount of Global Hawk funds misappropriated. Therefore, the net amount of funds misappropriated by Mr. Thandi and GCIB is $12,715,544, as shown below:

| | |
|---|---|
| Total Misappropriations | $24,893,213 |
| Incoming Funds Offset | (12,177,669) |
| **Net Misappropriations** | **$12,715,544** |

---

[48] Two of the incoming transfers, which were not included on the falsified bank statements, were determined to be included in a general ledger entry that recorded $8.2 million into Bridge 0831 as a transfer from Quantbridge. There was no such transfer.

Ghost Policies Unremitted Premiums

Per paragraphs 77 to 82 and paragraph 118 of the Complaint, Mr. Thandi and GCIB issued certain policies in the name of Global Hawk but did not include those policies in the reports provided to the Captive Manager and did not remit the associated premiums to Global Hawk. The Liquidator has obtained information regarding these "Ghost Policies" primarily from two different sources (in addition to any individuals contacting the Liquidator directly) as follows:

1. Agile Premium Finance ("Agile") is a commercial financing company that provided financing of premiums on policies written by Global Hawk.[49] Agile provided a list of Global Hawk policies, both reported and Ghost Polices, for which it had financed premiums (the "PF List"), along with copies of certain premium finance agreement and disclosure statements.[50]   The PF List and disclosure statements included, among other information, the amount of premiums on Global Hawk policies, inception dates, and cancellation dates.[51]

2. The Federal Motor Carrier Safety Administration ("FMCSA") – a federal government agency responsible for regulating and providing safety oversight of commercial motor vehicles – provided a list of Global Hawk policies reported to the FMCSA (the "FMCSA List").[52]   The FMCSA List did not include premium data but did include inception and cancellation dates.

---

[49] Per review of the premium finance agreement and disclosures statements provided, the premium financing was initially provided by Avian Premium Finance, and the contracts were subsequently assigned to Agile.
[50] Global Hawk Document – Vermont Response.xlsx.
[51] Other insurance companies provided coverages that were included in the amount financed.
[52] Global Hawk List from 2017 – 2020.xlsx.

23

A schedule of gross written premium by policy number was provided by Global Hawk (the "Policy Master File") which included all policies that had been reported to Global Hawk ("Reported Policies"). The policies included on the PF and FMCSA Lists were compared to the Policy Master File to identify any policies included on the PF and FMCSA Lists that had not been properly included in the Policy Master File.[53]  The comparison identified that policies with the letter "Q" in the policy number of the Ghost Policies were not reported to Global Hawk and, therefore, not included in the Policy Master File.[54]

The PF List and the FMCSA List included 88 and 437 Ghost Policies, respectively, for a total of 525 unique policies that were not properly reported to Global Hawk.[55]

As shown in Appendix L, $2,707,130 of premiums were financed by Agile and therefore received by GCIB but not remitted to Global Hawk.

As regards the Ghost Policies on the FMCSA List, which did not include premium amounts, I determined the amount of premiums collected by GCIB and not remitted to Global Hawk using the average premiums per Reported Policy written by Global Hawk and reported in its annual statement, as shown below:

---

[53] The Policy Master File was also reconciled to the reported amounts in Global Hawk's annual statements for 2016 through 2020 to confirm that the premiums reported on the Premium Master File were included in global Hawk's annual statements and that any other premiums received were not reported. GHIC RRG – Gross Written Premium 2016 – 2020.xlsx.

[54] 13 policies without a Q were not included on Policy Master File but are assumed to be errors and are not considered in my calculations herein.

[55] The FMCSA List included 18 policies that were included on PF List and are, therefore, excluded from the 437 policies noted here.

24

| Policy Year | Gross Written Premiums[56] | No. of Policies Written[57] | Average Premium Per Reported Policy[58] | No. of Ghost Policies on FMCSA List | Total Premium Not Remitted to Global Hawk |
|---|---|---|---|---|---|
| 2019 | $9,834,656 | 459 | $ 21,426 | 334 | $ 7,156,284 |
| 2020 | $7,377,849 | 302 | $ 24,430 | 103 | $ 2,516,290 |
| Total | | | | **437** | **$ 9,672,574** |

See additional detail at Appendix M.

Therefore, the total amount of Ghost Policy premiums collected and not remitted to Global Hawk, as described herein, is $12,379,704.[59,60]

More Ghost Policies may be identified as requests for premium reimbursement and/or claims are reported to the Liquidator. Therefore, it is anticipated that the ultimate number of Ghost Policies may be higher than the 525 identified from information obtained from only Agile and the FMCSA. Accordingly, the amount of actual Ghost Policy premiums collected and not remitted to Global Hawk is likely to exceed the $12,379,704 identified herein. As new Ghost Policies are identified, the calculation of premiums collected and not remitted to Global Hawk will accordingly increase.

---

[56] Includes new policies only (identified on the Policy Master File as "NEW" and "NVT"); excludes endorsements and renewals.

[57] Includes new policies only (identified on the Policy Master File as "NEW" and "NVT"); excludes endorsements and renewals.

[58] Gross Written Premiums divided by the No. of Policies Written.

[59] The unremitted premium amount is not reduced for return premiums and similar possible obligations as those obligations represent Global Hawk liabilities that I understand Global Hawk would be required to allow as claims in liquidation.

[60] $2,707,130 of premiums identified through the PF List (Appendix L) plus $9,672,574 of premiums identified through the FMCSA List (Appendix M).

Prejudgment Interest

I have been asked by counsel to calculate the amount of prejudgment interest that would be due to Global Hawk related to the misappropriation of assets and unremitted premiums described in this Report at 12% simple interest. The interest corresponding to the misappropriations was calculated from the date of the individual misappropriations to August 24, 2022, the date of this Report, and was reduced by the interest corresponding to the offsetting transactions identified herein, calculated from the date of the individual reductions. The interest corresponding to the Ghost Policy premiums was calculated from the inception date of the individual policies to the date of this Report.[61]

As shown below and in detail at Appendices C, K, L, and M, as of the date of this Report, the total prejudgment interest is $12,071,889.

| | Prejudgment Interest through 8/24/2022 | | | | |
|---|---|---|---|---|---|
| Damage Category | On Transactions Before March 1, 2018 | On Transactions On or After March 1, 2018 | Total | Daily Interest Amount Beyond 8/24/2022 | Appendix Ref. |
| Misappropriated Assets | $5,241,169 | $7,759,773 | $13,000,942 | $8,184 | C |
| Incoming Funds Offset | (1,420,346) | (3,673,410) | (5,093,755) | (4,004) | K |
| Ghost Policies - Premium Finance Information | -- | 863,473 | 863,473 | 890 | L |
| Ghost Policies - Federal Agency Information | -- | 3,301,229 | 3,301,229 | 3,180 | M |
| **Total** | **$3,820,824** | **$8,251,065** | **$12,071,889** | **$8,250** | |

---

[61] Based on my review of Global Hawk's underlying books and records, I have assumed that all Ghost Policies premiums were financed by a third party or were single-pay policies, and therefore, paid in full at inception.

Additional interest in the amount of $8,250 per day ($25,095,248 times 12% divided by 365), would be due Global Hawk for each day after August 24, 2022, until the court renders its ruling.

Treble Damages Under RICO

I have also been requested to calculate the elements of damages (misappropriations, less reductions, and unremitted Ghost Policy premiums) arising on or after March 1, 2018. Those damages total $18,921,336 as set forth in the table below and noted appendices.

 I am advised by Counsel that these damages, which exclude any associated prejudgment interest, are subject to trebling under the RICO statute, 18 U.S.C. § 1964(c) ("RICO"). Therefore, the additional damages allowed under RICO would be $37,842,672, or two times the amount of damages), resulting in total damages under RICO of $56,764,008.[62]

| | Amount | | | |
|---|---|---|---|---|
| | *Before March 1, 2018* | *On or After March 1, 2018* | *Additional Damages Under RICO* | *Appendix Ref.* |
| Misappropriated Assets | $8,520,581 | $16,372,632 | $32,745,264 | C |
| Incoming Funds Offset | (2,346,669) | (9,831,000) | (19,662,000) | K |
| Ghost Policies - Premium Finance Information | - | 2,707,130 | 5,414,260 | L |
| Ghost Policies - Federal Agency Information | - | 9,672,574 | 19,345,148 | M |
| **Total** | **$6,173,912** | **$18,921,336** | **$37,842,672** | |

---

[62] $56,764,008 = $18,921,336 + $37,842,672

27

**Conclusion**

As shown in the table below, the total damages resulting from the misappropriation of assets, less reductions, and unremitted premiums from Ghost Policies, plus prejudgment interest calculated as described herein, are $37,167,137.

| | Amount | Prejudgment Interest | Total |
|---|---|---|---|
| Misappropriated Assets | $24,893,213 | $13,000,942 | $37,894,155 |
| Incoming Funds Offset | (12,177,669) | (5,093,755) | (17,271,424) |
| Ghost Policies - Premium Finance Information | 2,707,130 | 863,473 | 3,570,603 |
| Ghost Policies - Federal Agency Information | 9,672,574 | 3,301,229 | 12,973,803 |
| **Total** | **$25,095,248** | **$12,071,889** | **$37,167,137** |

The total damages resulting from the misappropriation of assets, less reductions, and unremitted premiums from Ghost Policies, plus prejudgment interest on damages arising before March 1, 2018, plus additional damages allowed under RICO for the elements of damages arising on or after March 1, 2018, as shown in the table below, are $66,758,744.

| | Amount | Prejudgment Interest on Pre-March 1, 2018 Amounts[63] | Damages Under RICO on Post-March 1, 2018 Amounts | Total |
|---|---|---|---|---|
| Misappropriated Assets | $24,893,213 | $5,241,169 | $32,745,264 | $62,879,646 |
| Incoming Funds Offset | (12,177,669) | (1,420,346) | (19,662,000) | (33,260,015) |
| Ghost Policies – Premium Finance Information | 2,707,130 | -- | 5,414,260 | 8,121,390 |
| Ghost Policies – Federal Agency Information | 9,672,574 | -- | 19,345,148 | 29,017,222 |
| **Total** | **$25,095,248** | **$3,820,824** | **$37,842,672** | **$66,758,744** |

---

[63] See Prejudgment Interest section of this Report, and Appendices C, K, L and M for the breakdown of damages and prejudgment interest between periods before and after March 1, 2018.

28

Additional daily interest in the amount of $2,030 on damages arising before March 1, 2018, would be due to Global Hawk until the Court renders its rulings.[64]

The signature below is a certification that this Report accurately states the subject matters on which I have been asked to opine; the substance of the facts and opinions to which I am prepared to testify; and a summary of the grounds for each opinion to which I am prepared to testify.

Respectfully submitted,

Edward W Buttner, IV
August 24, 2022

---

[64] $6,173,912 x 12% / 365.



# EDWARD W. BUTTNER IV, CPA, CFE, CFF

---

EXPERIENCE

---

**OCEAN TOMO LLC / VERIS CONSULTING, INC.**           **January 2012 – Present**
MANAGING DIRECTOR

- Assisted the Alabama, Arizona, Florida, Kansas, Louisiana, Ohio, Oklahoma, Texas, Pennsylvania, and West Virginia Departments of Insurance in their analyses of insolvent and troubled insurance companies.

- Assisted the Florida Department of Insurance in the performance of in excess of 10 operational reviews of joint underwriting associations.

- Assisted the Florida Department of Insurance in the review and analyses of over 50 reinsurance treaties.

- Assisted Florida, Texas, Hawaii, and Pennsylvania Department of Insurance in the determination of reinsurance balances outstanding for an insolvent insurance company.

- Assisted the Department of Justice and the Securities and Exchange Commission in their analysis and prosecution of Foreign Corrupt Practices Act matters. Assistance included calculating profits used in the determination of fines and disgorgement of profits, analysis of the underlying accounting to support books and record violations, analysis and interpretation of documents produced, assistance with requests for production of documents, attendance at meetings with all the parties and counsel, and assistance with the calculation of collateral consequences.

**BUTTNER HAMMOCK & COMPANY**           **May 1992 – December 2011**
FOUNDER & PRINCIPAL

- Directed full scope and limited scope examinations in accordance with the NAIC Examiners Handbook for the Florida Department of Insurance, Bureau of Property & Casualty Self Insurance.

- Assisted the Florida Department of Insurance in the training of financial and market conduct examiners.

- Was appointed in 1998, and continued until 2002, as the Chief Accounting Officer ("CAO") of RISCORP, Inc., an insurance holding company, and its wholly owned insurance company subsidiaries.

**ERNST & YOUNG**           **June 1976 – April 1992**
PARTNER

- Worked for the Big 6 accounting firm of Ernst & Young LLP ("E&Y") for 16 years and specialized in insurance accounting, auditing, and consulting.

  o Partner-in-charge of the E&Y Florida Insurance Practice from October 1988 to April 1992.

  o Directed SAP-basis and GAAP-basis financial statement audits, as the engagement partner, on over 25 different life/health and property/casualty insurance companies.

  o Directed GAAP-basis financial statement audits, as engagement partner, on insurance holding companies that were registered with the Securities and Exchange Commission ("SEC").



EDWARD W. BUTTNER IV, CPA, CFE, CFF

PAGE 2

## EDUCATION

**Jacksonville University**, 1972 -1976
BS – Accounting

**Life Management Institute**, 1983 – present
A Fellow – specialization in Managerial Accounting

## PROFESSIONAL AFFILIATIONS

Member of the American Institute of Certified Public Accountants – 1977 to present

Member of the Florida Institute of Certified Public Accountants – 1977 to present

Association of Certified Fraud Examiners – 1995 to present

AICPA – Certified in Financial Forensics – 2010 to present

## EXPERT TESTIMONY & ENGAGEMENT

- CIE Service vs Milliman & Robertson (deposition and trial testimony)

- Pennsylvania Insurance Department, plaintiff, vs Summit National Life Insurance Company (expert report)

- Southern Group Indemnity, Inc. vs. Rachlin Cohen & Holtz (deposition, arbitration)

- M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania, in her capacity as Liquidator of Summit National Life Insurance Company, et al. vs. KPMG Peat Marwick LLP (deposition)

- Vesta Insurance Group, Inc. Securities Litigation Class Action (expert report)

- Florida Employers Safety Association Self-Insurance Fund vs. Department of Insurance, Division of Worker's Compensation Self-Insurance Unit (testimony at administrative hearing)

- Diamond Benefits Life Insurance Company vs. Adventist Health System/West (deposition)

- Koken ad Liquidator of Quaker City Insurance Company vs Pricewaterhousecoopers LLP, et. al

- Trans Ocean Container Corporation vs The Yorkshire Insurance Company et al (deposition)

- Transamerica Leasing, Inc. vs The Institute of London Underwriters (deposition and trial testimony)

- AMS Life Insurance Company vs William Buchanan & Associates et al. (deposition and trial testimony)

- Florida Department of Insurance vs Superior Insurance Company (deposition and testimony at administrative hearing)

- Behmke vs Key West Golf Club Development (testimony at mediation)



EDWARD W. BUTTNER IV, CPA, CFE, CFF

- Caduceus Self-Insurance Fund, Inc. vs. Spear Safer Harmon & Company, P.A. and Mutnick & Associates, P.A. (deposition and trial testimony)

- Kim Holland, Insurance Commissioner of the State of Oklahoma, in Her Capacity as Receiver of Petrosurance Casualty Company, in Liquidation, and on Behalf of Insureds and Creditors, Plaintiff vs. Charles Ray Lovelace; Murrell, Hall, McIntosh & Co., PLLP; et al (deposition and trial testimony)

- Highfields Capital, LTD, Highfields Capital I, L.P. and Highfields Capital II, L.P., Petitioners, vs. Axa Financial, Inc., Respondent (deposition and trial testimony)

- State of Oklahoma, ex rel. Kim Holland, Insurance Commissioner, as Receiver of Top Flight Insurance Company, and Source General Agency, Inc. Plaintiff, vs. Triunion Financial Corporation, et al. (expert report)

- Timothy D. Moratska, Trustee in Bankruptcy Estate of Health Risk Management, Inc. et al vs. Ernst & Young, LLP, Before the American Arbitration Association (deposition and arbitration testimony)

- John Garamendi, Insurance Commissioner of the State of California, as Liquidator of the Estate of Fremont Indemnity Company vs. Louis J. Rampino, James A. McIntyre, Wayne Bialy, John A. Donaldson, Ronald A. Groden, Raymond G. Meyers, W. Brian O'Hara (deposition and trial testimony)

- Christina Urias, as Receiver, and Mark Tharp, Special Deputy Receiver of Premier Healthcare, Inc. (d/b/a Premier Healthcare of Arizona), an Arizona insurance company in receivership vs. Ernst & Young, LLP, Before the American Arbitration Association (deposition and arbitration testimony)

- State of New York Division of Tax Appeals, in the matter of the petition of: American Guarantee & Liability Insurance (New York) – DTA 822906, American Zurich Insurance Company (Illinios) – DTA 822840, Universal Underwriters Insurance Company (Kansas) – DTA 822841, Maryland Casualty Company (Maryland) – DTA 822842, Northern Insurance Company of New York (New York) – DTA 822843 and Zurich American Insurance Company (New York) (expert report and trial testimony)

- Crown Cork & Seal Company, Inc. and Crown Beverage Packaging, Inc. vs. Level 3 Communications, Inc. and Continental Holdings, Inc. (expert report)

- Vesta Insurance Group, Inc., Lloyd Whitaker—Plan Trustee for the Estate of Vesta Insurance Group, Inc., and Prime Tempus Inc.—Special Deputy Receiver for Vesta Fire Insurance Corporation, Vesta Insurance Corporation, Shelby Casualty Insurance, Texas Select Lloyds Insurance Company, and Select Insurance Services, Inc. vs. PriceWaterhouseCoopers, LLP (expert report)

- Gary M. Murphey, Liquidating Agent for Southeast Waffles, LLC; Ezell, LLC; J.C. Ezell, LLC; EEE, LLC; and W.C. Ezell, LLC vs. Lattimore, Black, Morgan & Cain, P.C. (deposition)

- United States Bankruptcy Court vs. Lydia Cladek, Inc. (deposition and trial testimony)

- John M. Huff, Director of the Department of Insurance, Financial Institutions & Professional Registration for the State of Missouri, in his capacity as the Liquidator for General American Mutual Holding Company and Albert A. Reiderer, in his capacity as the Special Deputy Liquidator for General American Mutual Holding Company, vs. Dewey & LeBoeuf, LLP and Richard Liddy (deposition)

- ABN AMRO Bank N.V.; Barclays Bank PLC; BNP Paribas; Calyon; Canadian Imperial Bank of Commerce; Citibank, N.A.; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; KBC Investments Cayman Islands V LTD.; Merrill Lynch International; Bank of America, N.A.; Morgan Stanley Capital Services Inc.; Natixis; Natixis Financial Products Inc.; Coöperative Centrale Raiffeisen-Boerenleenbank B.A.; New York Branch; Royal Bank of

A-3



**EDWARD W. BUTTNER IV, CPA, CFE, CFF**

Canada; The Royal Bank of Scotland PLC; SMBC Capital Markets Limited; Société Générale; UBS AG, London Branch; and Wachovia Bank, N.A., vs. Eric Dinallo, in his capacity as Superintendent of the New York State Insurance Department, the New York State Insurance Department, MBIA Inc., MBIA Insurance Corporation, and MBIA Insurance Corp. of Illinois (expert report and deposition)

- AMBAC Financial Group, Inc., Debtor, AMBAC Financial Group, Inc., Plaintiff, against United Stated of America, Defendant (expert report)

- CUMIS Insurance Society, Inc. and Security First Federal Credit Union v McGladrey and Pullen, L.L.P. (expert report)

- Emergency Physicians Insurance Company Risk Retention Group v Albright, Persing & Associates LTD (expert report and trial testimony)

- Hamilton Yachts Ltd. v International Paint, LLC, International Paint Ltd., and AKZO Nobel Coatings Inc. (expert report and deposition)

- Shevlin, et al., v. The Phoenix Life Insurance Company and The Phoenix Companies, Inc. (deposition)

- State of Oklahoma, ex rel. John Doak, Insurance Commissioner, as Receiver for Park Avenue Property & Casualty Insurance Company (formerly known as Providence Property & Casualty Insurance Company), and State of Oklahoma, ex rel. John Doak, Insurance Commissioner, as Receiver for Imperial Casualty and Indemnity Company, vs. The Ewbank Group, P.C., et al (expert report)

- ABN Ambro Bank N.V., et al vs. Eric Dinallo, in his capacity as Superintendent of the New York State Insurance Department; the New York State Insurance Department; MBIA Inc.; MBIA Insurance Corporation; and National Public Finance Guarantee Corporation (f/k/a MBIA Insurance Corp. of Illinois) (deposition)

- Louisiana Health Care Self Insurance Fund vs. The United States (expert report and deposition)

- AGIC, Inc. v. Irvin B. Green & Associates, Inc. (deposition)

- Caledonian Bank & Trust Limited, a Cayman Islands Corporation, as trustee for and on behalf of Vicis Capital Master Fund, vs. Fifth Third Bank, a Michigan banking corporation (expert report)

- Steven Kormondy, an individual, Cherie Kormondy, and individual, and National Steak Processors, Inc., a corporation, d/b/a National Steak & Poultry, Plaintiffs, vs. Hogan Taylor, LLP, a Limited Liability Partnership, Randa Vernon, Bob Vaught, Jennifer Matson, Chelsi Moss, and Dmitry Volfson, Defendants, and Jeremy Rote, an individual, Third-party Defendant (deposition)

- Marian Farms, Inc., a Florida corporation, d/b/a Marian Gardens Tree Farm and Hillary Peat Company vs. SunTrust Banks, Inc., a foreign corporation and Bankfirst, a Florida corporation (expert report, deposition, and trial testimony)

- Highpoint Risk Services LLC and Aspen Administrators, Inc. vs. Companion Property and Casualty Insurance Company (n/k/a Sussex Insurance Company) (expert report and deposition)

- Mark K. Knaier and Lily Knaier, individually and as trustees of the Knaier, Inc. Money Purchase Pension Plan and the Knaier, Inc. Defined Benefit Plan vs. Axxa, Inc., a foreign corporation, First American Fund, Inc., a foreign corporation, Sandra R. Marko, an individual, and Sam J. Sherrard, an individual (expert report and deposition)

- Before the Neutral Accounting Firm – BDO USA LLP, Cypress Group Holdings, Inc. Buyer v. Onex Corporation, Securityholder Representative (expert report)



EDWARD W. BUTTNER IV, CPA, CFE, CFF

- State of Oklahoma, ex rel. John D. Doak, Insurance Commissioner, Petitioner, v. Pride National Insurance Company, Defendant (expert report)

- Cypress Group Holdings, Inc., v. Onex Corporation, et al (expert report, deposition, and trial testimony)

- IDJB Investments, LLC. vs. McGladrey LLP (deposition)

Qualified as an expert in the following jurisdictions:

- Federal Court in Charleston, West Virginia
- Federal Court in Jefferson City, Missouri
- Federal Court in Jacksonville, Florida
- State Court in Tallahassee, Florida
- State Court in Phoenix, Arizona
- State Court in Baton Rouge, Louisiana
- State Court in Wilmington Delaware – Court of Chancery, State of Delaware, Newcastle County
- State Court in Dallas, Texas
- State Court in Los Angeles, California
- State of New York Division of Tax Appeals
- State Court in Miami, Florida
- State Court in Leesburg, Florida
- Federal Court in Tampa, Florida

**APPENDIX B – Documents Considered**[65]

**Court Filings:**
- Complaint filed October 30, 2020, in the United States District Court, District of Vermont in Civil Action No. 2:20-cv-173 (the "Complaint")

**Documents Provided by Captive Manager:**
- GHIC Filed Annual Statements:
  - "Liquidator-005687"
  - "Liquidator-005850"
  - "Liquidator-006024"
  - "Liquidator-006206"
- Mechanics Bank Records from GHIC and GCIB "Liquidator-003809"
- Bridge Bank Records from GHIC and GCIB "Liquidator-000365"
- General Ledger Excel Documents:
  - January – December 2016 "Liquidator-011832"
  - January – December 2017 "Liquidator-017741"
  - January – December 2018 "Liquidator-023357"
  - January – December 2019 "Liquidator-027158"
  - January 1 – June 18, 2020 "Liquidator-028802"
- GHIC RRG – Gross Written Premium 2016 – 2020 ("Policy Master File")

**Documents Received in Response to Subpoenas:**
- Western Alliance "statements-checks-deposits"
- Mechanics Bank Global Hawk Insurance Co-3505063800 Global Hawk Ins Group -40798399 "Statements"
- Stifel Nicolaus & Company Investment Statements:
  - "2019 Statements (XXXX-0101)"
  - "2017 Statements (XXXX-0101)"
  - "2019 Statements (XXXX-2396)"
  - "2018 Statements (XXXX-2396)"
  - "2017 Statements (XXXX-2396)"
- Stifel Nicolaus & Company Wire Advice Details:
  - "Wire detail (XXXX-0101)"
  - "Wire detail (XXXX-2396)"
- Other Stifel Nicolaus & Company Documents:
  - "SBTA 45633705   X 3-8-2017 - ATV  - - - - - - - "
  - "LOA 75077935   X 8-9-2017 - ATV  - - - - - - - -"

**Other:**
- Global Hawk Document – Vermont Response ("the PF List")
- Global Hawk List from 2017 – 2020 ("the FMCSA List")
- Premium Finance "151 thru 175"
- "Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1)"

---

[65] The names of documents containing account numbers have been revised throughout this Report to protect confidentiality.

B-1

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix C - Summary of Asset Misappropriations / Offsets[a]**

| Category | Global Hawk Financial Institution/ Account | Date | Misappropriation/ (Offset) Amount | Prejudgment Interest[b] | Appendix Reference |
|---|---|---|---|---|---|
| Stifel SPA 7833 | Bridge 0831 | 10/5/2018 | $ (175,000) | $ (81,641) | Appendix D |
| Stifel SPA 7833 | Stifel 0101 | 2/4/2019 | 10,719,615 | 4,570,961 | Appendix D |
| Stifel SPA 7833 | Stifel 0101 | 2/5/2019 | 47,542 | 20,257 | Appendix D |
| Mechanics Checks | Mechanics 8399 | 3/1/2017 | 500,000 | 329,096 | Appendix E |
| Mechanics Checks | Mechanics 8399 | 3/17/2017 | 1,000,000 | 652,932 | Appendix E |
| Mechanics Checks | Mechanics 8399 | 8/16/2017 | 4,500,000 | 2,713,315 | Appendix E |
| Grey's Investments | Bridge 0831 | 3/9/2018 | 750,000 | 401,671 | Appendix F |
| Grey's Investments | Bridge 0831 | 3/20/2018 | 630,000 | 335,125 | Appendix F |
| Grey's Investments | Bridge 0831 | 3/23/2018 | 500,000 | 265,479 | Appendix F |
| Grey's Investments | Bridge 0831 | 3/27/2018 | 500,000 | 264,822 | Appendix F |
| Grey's Investments | Bridge 0831 | 4/20/2018 | 1,000,000 | 521,753 | Appendix F |
| Grey's Investments | Bridge 0831 | 4/23/2018 | 1,000,000 | 520,767 | Appendix F |
| Grey's Investments | Bridge 0831 | 4/25/2018 | 1,100,000 | 572,121 | Appendix F |
| Grey's Investments | Bridge 0831 | 5/25/2018 | 1,000,000 | 510,247 | Appendix F |
| Grey's Investments | Bridge 0831 | 5/29/2018 | 1,000,000 | 508,932 | Appendix F |
| Grey's Investments | Bridge 0831 | 7/17/2018 | 350,000 | 172,488 | Appendix F |
| Grey's Investments | Bridge 0831 | 7/20/2018 | 500,000 | 245,918 | Appendix F |
| Grey's Investments | Bridge 0831 | 10/18/2018 | (350,000) | (161,786) | Appendix F |
| Grey's Investments | Bridge 0831 | 11/28/2018 | (500,000) | (224,384) | Appendix F |
| Grey's Investments | Bridge 0831 | 12/3/2018 | (500,000) | (223,562) | Appendix F |
| Grey's Investments | Bridge 0831 | 12/6/2018 | (350,000) | (156,148) | Appendix F |
| Grey's Investments | Bridge 0831 | 12/13/2018 | (500,000) | (221,918) | Appendix F |
| Grey's Investments | Bridge 0831 | 1/4/2019 | (500,000) | (218,301) | Appendix F |
| Grey's Investments | Bridge 0831 | 1/9/2019 | (500,000) | (217,479) | Appendix F |
| Grey's Investments | Bridge 0831 | 1/24/2019 | (900,395) | (387,195) | Appendix F |
| Grey's Investments | Bridge 0831 | 1/31/2019 | (4,108) | (1,757) | Appendix F |
| Grey's Investments | Stifel 2396 | 10/24/2018 | 150,700 | 69,363 | Appendix F |
| Grey's Investments | Stifel 2396 | 10/26/2018 | 57,000 | 26,198 | Appendix F |
| Grey's Investments | Stifel 2396 | 10/26/2018 | 900 | 414 | Appendix F |
| Grey's Investments | Stifel 2396 | 10/31/2018 | 9,500 | 4,351 | Appendix F |
| GH P&C - 7935 | Bridge 0831 | 7/25/2017 | 1,000,000 | 610,192 | Appendix G |
| GH P&C - 7935 | Bridge 0831 | 7/26/2017 | 1,000,000 | 609,863 | Appendix G |
| GH P&C - 7935 | Bridge 0831 | 7/27/2017 | 500,000 | 304,767 | Appendix G |
| GH P&C - 7935 | Stifel 0101 | 7/27/2017 | 1,400,000 | 853,348 | Appendix G |
| GH P&C - 7935 | Stifel 2396 | 8/9/2017 | 1,344,061 | 813,507 | Appendix G |
| GH P&C - 7935 | Stifel 2396 | 8/9/2017 | (2,823,480) | (1,708,940) | Appendix G |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix C - Summary of Asset Misappropriations / Offsets[a]**

C-2

| Category | Global Hawk Financial Institution/ Account | Date | Misappropriation/ (Offset) Amount | Prejudgment Interest[b] | Appendix Reference |
|---|---|---|---|---|---|
| Advent Limited | Stifel 2396 | 1/29/2019 | 97,354 | 41,705 | Appendix H |
| Advent Limited | Stifel 0101 | 2/5/2019 | 1,189,524 | 506,835 | Appendix H |
| Advent Limited | Bridge 0831 | 2/8/2019 | (150,000) | (63,764) | Appendix H |
| Advent Limited | Bridge 0831 | 12/31/2019 | (300,000) | (95,375) | Appendix H |
| ACCT 7363 | Bridge 0831 | 5/3/2018 | 300,000 | 155,244 | Appendix I |
| ACCT 7363 | Bridge 0831 | 7/19/2018 | 200,000 | 98,433 | Appendix I |
| Pershing | Bridge 0831 | 5/23/2017 | 100,000 | 63,090 | Appendix J |
| | | Total: | $ 24,893,213 | $ 13,000,942 | |
| | | Before March 1, 2018: | 8,520,581 | 5,241,169 | |
| | | On or After March 1, 2018: | 16,372,632 | 7,759,773 | |
| | | Total: | $ 24,893,213 | $ 13,000,942 | |

**Notes to Appendix C:**

a - I compared Global Hawk's underlying books and records to the information in the Genuine Documents and, after investigating the discrepancies, identified the transactions set forth in this Appendix.

b - The prejudgment interest is calculated on a simple interest method, utilizing a daily rate of 0.0329% (12% statutory interest rate / 365 days), from the date of the misappropriation / offset to the date of this Report.

**APPENDIX D – Detail of Global Hawk Funds Directed to Payoff SPA Loan[66]**

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| Stifel SPA 7833 | 10/05/2018 | Bridge 0831 | Income | ($175,000) | D-2 |
| | | | **Total:** | **($175,000)** | |

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| Stifel SPA 7833 | 02/04/2019 | Stifel 0101 | Disbursement | $10,719,615 | D-3 |
| Stifel SPA 7833 | 02/05/2019 | Stifel 0101 | Disbursement | 47,542 | D-3 |
| | | | **Total:** | **$10,767,157** | |

| | |
|---|---|
| **Grand Total:** | **$10,592,157** |

---

[66] Please note that bank statement information in this appendix are excerpts from full bank statements, and as such may not contain the entire statement detail.

**D-2 – Bridge Bank 0831 Statement & Corresponding Wire Transfer from Stifel SPA 7833 - October 2018**

- **10/5/2018:** ($175,000)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 45.

Source: statements-checks-deposits.pdf, p. 596.

D-2

**D-3 – Stifel 0101 Statement & Corresponding Wire Transfer to Stifel SPA 7833 – February 2019**

- **2/4/2019:** 10,719,615
- **2/5/2019:** $47,542



Source: Wire detail (XXXX-0101).pdf, pp. 4-5.

Source: 2019 Statements (XXXX-0101).pdf, p. 23.

D-3

**APPENDIX E – Detail of Concealed Checks Written from Mechanics Bank 8399[67]**

| Category | Check Number | Date | Financial Institution / Account | Recipient | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|---|
| Mechanics Checks | No. 1092 | 03/01/2017 | Mechanics 8399 | Cash | $500,000 | E-2, E-3 |
| Mechanics Checks | No. 1091 | 03/17/2017 | Mechanics 8399 | GCIB | 1,000,000 | E-2, E-3 |
| Mechanics Checks | No. 1 | 08/16/2017 | Mechanics 8399 | HMCI | 4,500,000 | E-4, E-5 |
|  |  |  |  | **Total:** | **$6,000,000** |  |

[67] Please note that bank statement information in this and following appendices are excerpts from full bank statements, and as such may not contain the entire statement detail.

E-1

**E-2 – Falsified Mechanics Bank 8399 Statement vs. Genuine Mechanics Bank 8399 Statement – March 2017:**

- **3/1/2017:** $500,000
- **3/17/2017:** $1,000,000



Source: Liquidator-003809.pdf, p. 25 (Bates #Liquidator-003833).          Source: Statements.pdf, p. 5.

E-2

**E-3 – Mechanics Bank Copy of Cleared Checks – March 2017**

- **3/1/2017:** $500,000
- **3/17/2017:** $1,000,000

Source: Statements.pdf, p. 7.

E-3

**E-4 – Falsified Mechanics Bank 8399 Statement vs. Genuine Mechanics Bank 8399 Statement – August 2017:**

- **8/16/2017:** $4,500,000

Source: Liquidator-003809.pdf, p. 85 (Bates #Liquidator-003893).

Source: Statements.pdf, p. 17.

E-4

**E-5– Mechanics Bank Copy of Cleared Check – August 2017**

- **8/16/2017:** $4,500,000



Source: Statements.pdf, p. 20.

E-5

**APPENDIX F – Detail of Global Hawk Funds Directed to Grey's Investments[68]**

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| Grey's Investments | 03/09/2018 | Bridge 0831 | Disbursement | $750,000 | F-2 |
| Grey's Investments | 03/20/2018 | Bridge 0831 | Disbursement | 630,000 | F-3 |
| Grey's Investments | 03/23/2018 | Bridge 0831 | Disbursement | 500,000 | F-3 |
| Grey's Investments | 03/27/2018 | Bridge 0831 | Disbursement | 500,000 | F-3 |
| Grey's Investments | 04/20/2018 | Bridge 0831 | Disbursement | 1,000,000 | F-4 |
| Grey's Investments | 04/23/2018 | Bridge 0831 | Disbursement | 1,000,000 | F-4 |
| Grey's Investments | 04/25/2018 | Bridge 0831 | Disbursement | 1,100,000 | F-5 |
| Grey's Investments | 05/25/2018 | Bridge 0831 | Disbursement | 1,000,000 | F-6 |
| Grey's Investments | 05/29/2018 | Bridge 0831 | Disbursement | 1,000,000 | F-6 |
| Grey's Investments | 07/17/2018 | Bridge 0831 | Disbursement | 350,000 | F-7 |
| Grey's Investments | 07/20/2018 | Bridge 0831 | Disbursement | 500,000 | F-7 |
| Grey's Investments | 10/18/2018 | Bridge 0831 | Income | (350,000) | F-8 |
| Grey's Investments | 11/28/2018 | Bridge 0831 | Income | (500,000) | F-9 |
| Grey's Investments | 12/03/2018 | Bridge 0831 | Income | (500,000) | F-10 |
| Grey's Investments | 12/06/2018 | Bridge 0831 | Income | (350,000) | F-10, F-11 |
| Grey's Investments | 12/13/2018 | Bridge 0831 | Income | (500,000) | F-10, F-11 |
| Grey's Investments | 01/04/2019 | Bridge 0831 | Income | (500,000) | F-12 |
| Grey's Investments | 01/09/2019 | Bridge 0831 | Income | (500,000) | F-12, F-13 |
| Grey's Investments | 01/24/2019 | Bridge 0831 | Income | (900,395) | F-12, F-13 |
| Grey's Investments | 01/31/2019 | Bridge 0831 | Income | (4,108) | F-12, F-14 |
|  |  |  | **Total:** | **$4,225,497** |  |

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| Grey's Investments | 10/24/2018 | Stifel 2396 | Disbursement | $150,700 | F-15 |
| Grey's Investments | 10/26/2018 | Stifel 2396 | Disbursement | 57,000 | F-15 |
| Grey's Investments | 10/26/2018 | Stifel 2396 | Disbursement | 900 | F-15 |
| Grey's Investments | 10/31/2018 | Stifel 2396 | Disbursement | 9,500 | F-15 |
|  |  |  | **Total:** | **$218,100** |  |

| **Grand Total:** | **$4,443,597** |
|---|---|

---

[68] Please note that bank statement information in this appendix are excerpts from full bank statements, and as such may not contain the entire statement detail.

F-1

**F-2 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement - March 2018**

- **3/9/2018:** $750,000



Source: Liquidator-000365.pdf, p. 1340 (Bates #Liquidator-001704).

Source: statements-checks-deposits.pdf, p. 532.

F-2

**F-3 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement – March 2018**

- **3/20/2018:** $630,000
- **3/23/2018:** $500,000
- **3/27/2018:** $500,000

Source: Liquidator-000365.pdf, p. 1341 (Bates #Liquidator-001705).

Source: statements-checks-deposits.pdf, p. 533.

F-3

**F-4 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement - April 2018**

- **4/20/2018:** $1,000,000
- **4/23/2018:** $1,000,000

Falsified Bridge Bank 0831 Statement - April 2018

GLOBAL HAWK INSURANCE COMPANY
April 30, 2018
Page 3
XXXXXX0831

| Date | Description | Subtractions |
|------|-------------|-------------|
| 04-17 | ' Online Transfer Dr<br>REF 1071108L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 30,000.00 |
| 04-18 | ' Online Transfer Dr<br>REF 1081337L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 10,000.00 |
| 04-18 | ' Online Transfer Dr<br>REF 1081125L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 25,000.00 |
| 04-18 | ' Online Transfer Dr<br>REF 1081125L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 150,000.00 |
| 04-19 | ' Online Transfer Dr<br>REF 1091206L FUNDS TRANSFER TO DEP XXXXXX7447<br>FROM | 10,000.00 |
| 04-20 | ' Online Transfer Dr<br>REF 1101038L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 20,000.00 |
| 04-20 | ' Online Transfer Dr<br>REF 1101039L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 250,000.00 |
| 04-20 | ' Online Transfer Dr<br>REF 1101151L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 750,000.00 |
| 04-24 | ' Online Transfer Dr<br>REF 1141431L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 20,000.00 |
| 04-24 | ' Online Transfer Dr<br>REF 1141011L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 60,000.00 |

Genuine Bridge Bank 0831 Statement – April 2018

GLOBAL HAWK INSURANCE COMPANY
April 30, 2018
Page 3
XXXXXX0831

| Date | Description | Subtractions |
|------|-------------|-------------|
| 04-17 | ' Online Transfer Dr<br>REF 1071108L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 30,000.00 |
| 04-18 | ' Online Transfer Dr<br>REF 1081337L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 10,000.00 |
| 04-18 | ' Online Transfer Dr<br>REF 1081125L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 25,000.00 |
| 04-18 | ' Online Transfer Dr<br>REF 1081125L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 150,000.00 |
| 04-19 | ' Online Transfer Dr<br>REF 1091206L FUNDS TRANSFER TO DEP XXXXXX7447<br>FROM | 10,000.00 |
| 04-20 | ' Online Transfer Dr<br>REF 1101038L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 20,000.00 |
| 04-20 | ' Online Transfer Dr<br>REF 1101039L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 250,000.00 |
| 04-20 | ' Online Transfer Dr<br>REF 1101151L FUNDS TRANSFER TO DEP XXXXXX5513<br>FROM | 750,000.00 |
| 04-20 | ' Wire Dr O/L Usd<br>OUTGOING WIRE BNF STIFEL, NICOLAUS AND COMPANY INC<br>;REF ;WIRE/OUT - 20181100305600 | 1,000,000.00 |
| 04-23 | ' Wire Dr O/L Usd<br>OUTGOING WIRE BNF STIFEL, NICOLAUS AND COMPANY INC<br>;REF ;WIRE/OUT - 20181130135400 | 1,000,000.00 |
| 04-24 | ' Online Transfer Dr<br>REF 1141431L FUNDS TRANSFER TO DEP XXXXXX5548<br>FROM | 20,000.00 |

Source: Liquidator-000365.pdf, p. 1455 (Bates #Liquidator-001819).

Source: statements-checks-deposits.pdf, p. 539.

F-4

**F-5 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement – April 2018**

- **4/25/2018:** $1,100,000



Source: Liquidator-000365.pdf, p. 1456 (Bates #Liquidator-001820).

Source: statements-checks-deposits.pdf, p. 540.

F-5

**F-6 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement - May 2018**

- **5/25/2018:** $1,000,000
- **5/29/2018:** $1,000,000

Source: Liquidator-000365.pdf, p. 1558 (Bates #Liquidator-001922).

Source: statements-checks-deposits.pdf, p. 562.

F-6

**F-7 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement - July 2018**

- **7/17/2018:** $350,000
- **7/20/2018:** $500,000

Source: Liquidator-000365.pdf, p. 1770 (Bates #Liquidator-002134).

Source: statements-checks-deposits.pdf, p. 575.

**F-8 – Bridge Bank 0831 Statement & Corresponding Wire Transfer from Grey - October 2018**

- **10/18/2018:** ($350,000)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 46.

Source: statements-checks-deposits.pdf, p. 596.

**F-9 – Bridge Bank 0831 Statement & Corresponding Wire Transfer from Grey - November 2018**

- **11/28/2018:** ($500,000)





Source: statements-checks-deposits.pdf, p. 603.

Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 48.

F-9

**F-10 – Bridge Bank 0831 Statement & Corresponding Wire Transfer from Grey - December 2018**

- **12/3/2018:** ($500,000)
- **12/6/2018:** ($350,000)
- **12/13/2018:** ($500,000)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 49.

**F-11 – Wire Transfer from Grey to Bridge Bank 0831 - December 2018**

- **12/6/2018:** ($350,000)
- **12/13/2018:** ($500,000)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 50.

Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 53.

F-11

**F-12 – Bridge Bank 0831 Statement & Corresponding Wire Transfer from Grey – January 2019**

- **1/4/2019:** ($500,000)
- **1/9/2019:** ($500,000)
- **1/24/2019:** ($900,395)
- **1/31/2019:** ($4,108)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 55.

Source: statements-checks-deposits.pdf, p. 616.

F-12

**F-13 - Wire Transfer from Grey to Bridge Bank 0831 – January 2019**

- **1/9/2019:** ($500,000)
- **1/24/2019:** ($900,395)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 56.

Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 58.

**F-14 – Wire Transfer from Grey to Bridge Bank 0831 – January 2019**

- **1/31/2019:** ($4,108)



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions
(16059447.1).pdf, p. 61.

F-14

**F-15 – Stifel 2396 Statement – October 2018**

- **10/24/2018:** $150,700
- **10/26/2018:** $57,000
- **10/26/2018:** $900
- **10/31/2018:** $9,500



Source: 2018 Statements (XXXX-2396).pdf, pp. 212 - 213.

F-15

**APPENDIX G – Detail of Funds Directed to GH Property & Casualty - 7935[69]**

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| GH P&C - 7935 | 07/25/2017 | Bridge 0831 | Disbursement | $1,000,000 | G-2 |
| GH P&C - 7935 | 07/26/2017 | Bridge 0831 | Disbursement | 1,000,000 | G-3 |
| GH P&C - 7935 | 07/27/2017 | Bridge 0831 | Disbursement | 500,000 | G-3, G-4 |
|  |  |  | **Total:** | **$2,500,000** |  |

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| GH P&C - 7935 | 07/27/2017 | Stifel 0101 | Disbursement | $1,400,000 | G-5 |
|  |  |  | **Total:** | **$1,400,000** |  |

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| GH P&C - 7935 | 08/09/2017 | Stifel 2396 | Disbursement | $1,344,061 | G-6 |
| GH P&C - 7935 | 08/09/2017 | Stifel 2396 | Income | (2,823,480) | G-7 |
|  |  |  | **Total:** | **($1,479,419)** |  |

| **Grand Total:** | **$2,420,581** |
|---|---|

---

[69] Please note that bank statement information in this appendix are excerpts from full bank statements, and as such may not contain the entire statement detail.

G-1

**G-2 – Bridge Bank 0831 Statement & Corresponding Wire Transfer to ACCT 7935 - July 2017**

- **7/25/2017:** $1,000,000



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 10.

Source: statements-checks-deposits.pdf, p. 482.

G-2

- **7/26/2017:** $1,000,000
- **7/27/2017:** $500,000



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 11.



Source: statements-checks-deposits.pdf, p. 483.

G-3

**G-4 – Bridge Bank 0831 Statement & Corresponding Wire Transfer to ACCT 7935 – July 2017**

- **7/27/2017:** $500,000

```
User: kharvey0       Bank: WESTERN ALLIANCE BNK

Message Status: PNRM
Seq Num: 20172080129400    Related Seq Num: 2017
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 07/27/2017 09:15:19    Value Date: 07/27/2017

Sender: ████████       Receiver: █████████
Amount:  $500,000.00
Debit info --
    Account: ███0831  Inst: 02  Br: 3330   Type: DA
    Name:    GLOBAL HAWK INSURANCE COMPANY
    Addr1:   3090 INDEPENDENCE DR SUITE 244
    Addr2:   LIVERMORE CA 94551-9488
    Addr3:
    Addr4:

Credit info --
    Rcvr:    ████████
    Name:    JPMORGAN CHASE BANK, NA
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:          Dept:           Trancode:   BEBDOM
Category:        Linesheet:      Create Template:

Message Text:

    Sndr Info   {1500}30       P
    Msg Type    {1510}1000
    IMAD        {1520}20170727L1LFB71C000339
    Amount      {2000}000050000000
    Sender DI   (███████████)
    Sndr Ref    {3320}20172080129400*
    Rcvr DI     {3400}021000021
    Bus Func    {3600}CTR
    BNF         ████████7730*
                STIFEL NICOLAUS & COMPANY*
                ONE FINANCIAL PLAZA*
                501 N BROADWAY*
                ST. LOUIS MISSOURI 63102*
    ORG         {5000}D4110550831*
                GLOBAL HAWK INSURANCE COMPANY*
                2575 COLLIER CANYON ROAD*
                LIVERMORE CA*
                94551*
    OBI         █████████7935*
```

Bridge Bank Wire Advice Evidencing Transfer to Account 7935 from Bridge Bank 0831 - July 2017

Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 12.

G-4

**G-5 – Stifel 0101 Statement Evidencing Transfer to ACCT 7935 – July 2017**

- **7/27/2017:** $1,400,000

Source: 2017 Statements (XXXX-0101).pdf, p. 156.

G-5

**G-6 – Stifel 2396 Statement Evidencing Transfer to ACCT 7935 - August 2017**

- **8/9/2017:** $1,344,062



Source: 2017 Statements (XXXX-2396).pdf, p. 5.

G-6

**G-7 – Stifel 2396 Statement Evidencing Transfer to ACCT 7935 - August 2017**

- **8/9/2017:** ($2,823,480)



Source: 2017 Statements (XXXX-2396).pdf, p. 6.

G-7

**APPENDIX H – Detail of Global Hawk Funds Directed to Advent Limited[70]**

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| Advent Limited | 01/29/2019 | Stifel 2396 | Disbursement | $97,354 | H-2 |
| Advent Limited | 02/05/2019 | Stifel 0101 | Disbursement | 1,189,524 | H-3 |
| Advent Limited | 02/08/2019 | Bridge 0831 | Income | (150,000) | H-4 |
| Advent Limited | 12/31/2019 | Bridge 0831 | Income | (300,000) | H-5 |
| | | | **Total:** | **$836,878** | |

---

[70] Please note that bank statement information in this appendix are excerpts from full bank statements, and as such may not contain the entire statement detail.

H-1

**H-2 – Stifel 2396 Account Statement – January 2019**

- **1/29/2019:** $97,354



Source: Wire detail (XXXX-2396).pdf, p. 4.

Source: 2019 Statements (XXXX-2396).pdf, p. 4.

H-2

**H-3 – Stifel 0101 Account Statement – February 2019**

- **2/5/2019:** $1,189,524



Source: Wire detail (XXXX-0101).pdf, p. 5.          Source: 2019 Statements (XXXX-0101).pdf, p. 23.

H-3

**H-4 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement – February 2019**

- **2/8/2019:** ($150,000)

Falsified Bridge Bank 0831 Statement - Jan 2019

Genuine Bridge Bank 0831 Statement – Feb 2019

Source: Liquidator-000365.pdf, p. 2421 (Bates #Liquidator-002785).    Source: statements-checks-deposits.pdf, p. 622.

H-4

**H-5 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement – December 2019**

- **12/26/2019:** ($210,000)[71]
- **12/31/2019:** ($300,000)

Falsified Bridge Bank 0831 Statement - Dec 2019

| GLOBAL HAWK INSURANCE COMPANY | | Page 5 |
| December 31, 2019 | | XXXXXX0831 |

| Date | Description | Additions |
|---|---|---|
| 12-26 | ' Wire Cr-Usd INCOMING WIRE ORG STIFEL NICOLAUS;REF;WIRE/IN 201912798445784 | 210,000.00 |
| 12-26 | ' Remote Deposit | 45,000.00 |
| 12-30 | ' Wire Cr-Usd INCOMING WIRE ORG STIFEL NICOLAUS;REF;WIRE/IN 201912844569247 | 60,000.00 |
| 12-30 | ' Remote Deposit | 3,000.00 |
| 12-30 | ' Remote Deposit | 48,234.22 |
| 12-31 | ' Wire Cr-Usd INCOMING WIRE ORG STIFEL;REF;WIRE/IN201912844569247 | 100,000.00 |
| 12-31 | ' Wire Cr-Usd INCOMING WIRE ORG STIFEL NICOLAUS;REF;WIRE/IN 201912901458668 | 300,000.00 |

DAILY BALANCES

Genuine Bridge Bank 0831 Statement – Dec 2019

| GLOBAL HAWK INSURANCE COMPANY | | Page 5 |
| December 31, 2019 | | XXXXXX0831 |

| Date | Description | Additions |
|---|---|---|
| 12-26 | ' Online Transfer Cr REF 3601012L FUNDS TRANSFER FRMDEP XXXXXX7398 FROM | 210,000.00 |
| 12-26 | ' Remote Deposit | 45,000.00 |
| 12-30 | ' Online Transfer Cr REF 3641218L FUNDS TRANSFER FRMDEP XXXXXX7398 FROM | 60,000.00 |
| 12-30 | ' Remote Deposit | 3,000.00 |
| 12-30 | ' Remote Deposit | 48,234.22 |
| 12-31 | ' Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX5913 | 100,000.00 |
| 12-31 | ' Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX4464 | 300,000.00 |

DAILY BALANCES

Source: Liquidator-000365.pdf, p. 3406 (Bates #Liquidator-003770).        Source: statements-checks-deposits.pdf, p. 693.

---

[71] The transaction on 12/26/2019, in the amount of $210,000, represents an offset to the misappropriations as described in the section of this Report titled "Incoming Funds Reduced Misappropriated Funds – ($12,177,669)", and is further detailed in Appendix K. It is identified here as an example of those offsets.

**APPENDIX I – Detail of Global Hawk Funds Directed to ACCT 7363[72]**

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| ACCT 7363 | 05/03/2018 | Bridge 0831 | Disbursement | $300,000 | I-2 |
| ACCT 7363 | 07/19/2018 | Bridge 0831 | Disbursement | 200,000 | I-3 |
| | | | **Total:** | **$500,000** | |

---

[72] Please note that bank statement information in this appendix are excerpts from full bank statements, and as such may not contain the entire statement detail.

I-1

**I-2 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement - May 2018**

- **5/3/2018:** $300,000



Source: Liquidator-003809.pdf, p. 1557 (Bates #Liquidator-001921).        Source: statements-checks-deposits.pdf, p. 561.

**I-3 – Falsified Bridge Bank 0831 Statement vs. Genuine Bridge Bank 0831 Statement - July 2018**

- **7/19/2018:** $200,000

Source: Liquidator-003809.pdf, p. 1770 (Bates #Liquidator-002134).

Source: statements-checks-deposits.pdf, p. 575.

I-3

**APPENDIX J – Detail of Global Hawk Funds Directed to Pershing[73]**

| Category | Date | Financial Institution / Account | Type | Misappropriation/ (Offset) Amount | Report Reference |
|---|---|---|---|---|---|
| Pershing | 05/23/2017 | Bridge 0831 | Disbursement | $100,000 | J-2 |
| | | | **Total:** | **$100,000** | |

---

[73] Please note that bank statement information in this appendix are excerpts from full bank statements, and as such may not contain the entire statement detail.

**J-2 – Bridge Bank 0831 Statement & Corresponding Wire Transfer to Pershing – May 2017**

- **5/23/2017**



Source: Western Alliance -- Acct #XXXXXX0831 Wire Instructions (16059447.1).pdf, p. 6.

Source: statements-checks-deposits.pdf, p. 467.

J-2

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix K - Detail of Incoming Funds which Offset Misappropriated Funds[a]**

| Category | Global Hawk Financial Institution/ Account | Date | Misappropriation/ (Offset) Amount | Notes | Prejudgment Interest[b] |
|---|---|---|---|---|---|
| GCIB 7938 | Bridge 0831 | 2/14/2019 | $ (120,000) | | $ (50,775) |
| GCIB 7938 | Bridge 0831 | 9/5/2019 | (50,000) | | (17,819) |
| GCIB 7938 | Bridge 0831 | 9/9/2019 | (20,000) | | (7,101) |
| GCIB 7938 | Bridge 0831 | 9/12/2019 | (815,000) | | (288,577) |
| GCIB 7938 | Bridge 0831 | 9/13/2019 | (162,000) | | (57,308) |
| GCIB 7938 | Bridge 0831 | 9/16/2019 | (15,000) | | (5,292) |
| GCIB 7938 | Bridge 0831 | 9/20/2019 | (86,000) | | (30,225) |
| GCIB 7938 | Bridge 0831 | 9/23/2019 | (75,000) | | (26,285) |
| GCIB 7938 | Bridge 0831 | 9/25/2019 | (105,000) | | (36,730) |
| GCIB 7938 | Bridge 0831 | 9/30/2019 | (60,000) | | (20,890) |
| GCIB 7938 | Bridge 0831 | 10/7/2019 | (360,000) | | (124,511) |
| GCIB 7938 | Bridge 0831 | 10/16/2019 | (100,000) | | (34,290) |
| GCIB 7938 | Bridge 0831 | 10/21/2019 | (100,000) | | (34,126) |
| GCIB 7938 | Bridge 0831 | 10/23/2019 | (100,000) | | (34,060) |
| GCIB 7938 | Bridge 0831 | 11/13/2019 | (380,000) | | (126,805) |
| GCIB 7938 | Bridge 0831 | 11/14/2019 | (35,000) | | (11,668) |
| GCIB 7938 | Bridge 0831 | 11/20/2019 | (150,000) | | (49,710) |
| GCIB 7938 | Bridge 0831 | 12/10/2019 | (40,000) | | (12,993) |
| GCIB 7938 | Bridge 0831 | 12/11/2019 | (50,000) | | (16,225) |
| GCIB 7938 | Bridge 0831 | 12/12/2019 | (200,000) | | (64,833) |
| GCIB 7938 | Bridge 0831 | 12/16/2019 | (200,000) | | (64,570) |
| GCIB 7938 | Bridge 0831 | 12/19/2019 | (50,000) | | (16,093) |
| GCIB 7938 | Bridge 0831 | 12/20/2019 | (75,000) | | (24,115) |
| GCIB 7938 | Bridge 0831 | 12/23/2019 | (290,000) | | (92,959) |
| GCIB 7938 | Bridge 0831 | 12/26/2019 | (210,000) | Note c | (67,108) |
| GCIB 7938 | Bridge 0831 | 12/30/2019 | (60,000) | | (19,095) |
| GCIB 7938 | Bridge 0831 | 1/2/2020 | (25,000) | | (7,932) |
| GCIB 7938 | Bridge 0831 | 1/6/2020 | (75,000) | | (23,696) |
| GCIB 7938 | Bridge 0831 | 1/8/2020 | (80,000) | | (25,223) |
| GCIB 7938 | Bridge 0831 | 1/9/2020 | (25,000) | | (7,874) |
| GCIB 7938 | Bridge 0831 | 1/10/2020 | (395,000) | | (124,279) |
| GCIB 7938 | Bridge 0831 | 1/13/2020 | (50,000) | | (15,682) |
| GCIB 7938 | Bridge 0831 | 1/15/2020 | (50,000) | | (15,649) |
| GCIB 7938 | Bridge 0831 | 1/15/2020 | (60,000) | | (18,779) |
| GCIB 7938 | Bridge 0831 | 1/17/2020 | (50,000) | | (15,616) |
| GCIB 7938 | Bridge 0831 | 1/21/2020 | (90,000) | | (27,991) |
| GCIB 7938 | Bridge 0831 | 1/22/2020 | (20,000) | | (6,214) |
| GCIB 7938 | Bridge 0831 | 1/23/2020 | (240,000) | | (74,485) |
| GCIB 7938 | Bridge 0831 | 1/24/2020 | (95,000) | | (29,453) |
| GCIB 7938 | Bridge 0831 | 1/28/2020 | (75,000) | | (23,153) |
| GCIB 7938 | Bridge 0831 | 1/29/2020 | (90,000) | | (27,755) |
| GCIB 7938 | Bridge 0831 | 1/31/2020 | (75,000) | | (23,079) |
| | | Subtotal - GCIB 7938: | $ (5,403,000) | | $ (1,801,023) |
| | | | | | |
| HGIE 9487 | Bridge 0831 | 10/18/2018 | $ (150,000) | | $ (69,337) |
| HGIE 9220 | Bridge 0831 | 12/26/2018 | (640,000) | | (281,319) |
| HGIE 9220 | Bridge 0831 | 12/27/2018 | (500,000) | | (219,616) |
| HGIE 9487 | Bridge 0831 | 12/31/2018 | (350,000) | | (153,271) |
| HGIE 9220 | Bridge 0831 | 1/24/2019 | (130,000) | | (55,904) |
| HGIE 2229 | Bridge 0831 | 4/25/2019 | (600,000) | | (240,066) |
| HGIE 2229 | Bridge 0831 | 5/30/2019 | (180,000) | | (69,948) |
| HGIE 2229 | Bridge 0831 | 6/7/2019 | (300,000) | | (115,792) |
| HGIE 2229 | Bridge 0831 | 6/11/2019 | (110,000) | | (42,312) |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix K - Detail of Incoming Funds which Offset Misappropriated Funds[a]**

| Category | Global Hawk Financial Institution/ Account | Date | Misappropriation/ (Offset) Amount | Notes | Prejudgment Interest[b] |
|---|---|---|---|---|---|
| HGIE 2229 | Bridge 0831 | 7/26/2019 | (280,000) | | (103,562) |
| HGIE 2229 | Bridge 0831 | 8/5/2019 | (20,000) | | (7,332) |
| HGIE 9220 | Bridge 0831 | 8/6/2019 | (90,000) | | (32,962) |
| HGIE 9220 | Bridge 0831 | 8/7/2019 | (50,000) | | (18,296) |
| HGIE 9220 | Bridge 0831 | 8/15/2019 | (95,000) | | (34,512) |
| HGIE 9220 | Bridge 0831 | 8/21/2019 | 235,000 | | 84,909 |
| | | Subtotal - HGIE: $ | (3,260,000) | | $ (1,359,321) |
| | | | | | |
| Thandi 5938 | Stifel 2396 | 8/9/2017 | $ (4,392,080) | | $ (2,658,352) |
| Thandi 5938 | Stifel 2396 | 8/9/2017 | 2,045,411 | | 1,238,006 |
| | | Subtotal - Thandi 5938: $ | (2,346,669) | | $ (1,420,346) |
| | | | | | |
| ACCT 2907 | Bridge 0831 | 10/5/2018 | $ (389,000) | | $ (181,476) |
| ACCT 9385 | Bridge 0831 | 10/5/2018 | (324,000) | | (151,153) |
| ACCT 2907 | Bridge 0831 | 2/15/2019 | (155,000) | | (65,533) |
| ACCT 2907 | Bridge 0831 | 3/6/2019 | (100,000) | | (41,655) |
| ACCT 2907 | Bridge 0831 | 3/12/2019 | (100,000) | | (41,458) |
| ACCT 5913 | Bridge 0831 | 12/31/2019 | (100,000) | | (31,792) |
| | | Subtotal - ACCT Various: $ | (1,168,000) | | $ (513,066) |
| | | | | | |
| | | **Grand Total:** | **$ (12,177,669)** | | **$ (5,093,755)** |
| | | | | | |
| | | Before March 1, 2018: | (2,346,669) | | (1,420,346) |
| | | On or After March 1, 2018: | (9,831,000) | | (3,673,410) |
| | | **Grand Total:** | **$ (12,177,669)** | | **$ (5,093,755)** |

**Notes to Appendix K:**

a - The misappropriation amounts, dates and related financial institution information contained herein were identified based upon review of Genuine Documents and Global Hawk's underlying books and records. Amounts above were taken from the respective bank statements included in the Genuine Documents.

b - The prejudgment interest is calculated on a simple interest method, utilizing a daily rate of 0.0329% (12% statutory interest rate / 365 days), from the date of the misappropriation / offset to the date of this Report.

c - See Appendix H, Exhibit H-5 for an excerpt of the bank statement detail of this $210,000 which is illustrative of the offsets outlined here in Appendix K.

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix L - Detail of Ghost Policies Reported to Agile Premium Finance**

| Policy Number[a] | Policy Effective Date[a] | Global Hawk Premium per PF List[a] | Global Hawk Premium per Disclosure Statements[b] | Selected Global Hawk Premium[c] | Prejudgment Interest[d] |
|---|---|---|---|---|---|
| CALQ10036 | 6/20/2019 | $ 11,473 | $ 11,212 | $ 11,212 | $ 4,280 |
| CALQ10042 | 6/14/2019 | 37,666 | 37,666 | 37,666 | 14,451 |
| CALQ10052 | 9/19/2019 | 20,368 | 150 | 150 | 53 |
| CALQ10133 | 7/15/2019 | 109,869 | 54,044 | 54,044 | 20,184 |
| CALQ10168 | 8/1/2019 | 12,611 | 12,789 | 12,789 | 4,705 |
| CALQ10197 | 8/19/2019 | 53,316 | 29,058 | 29,058 | 10,518 |
| CALQ10208 | 8/22/2019 | 13,428 | 13,254 | 13,254 | 4,785 |
| CALQ10226 | 8/25/2019 | 17,377 | N/A | 17,377 | 6,256 |
| CALQ10240 | 8/29/2019 | 20,386 | 20,145 | 20,145 | 7,226 |
| CALQ10247 | 9/9/2019 | 14,097 | 13,842 | 13,842 | 4,915 |
| CALQ10249 | 9/8/2019 | 41,946 | 35,300 | 35,300 | 12,546 |
| CALQ10266 | 9/10/2019 | 13,370 | 13,812 | 13,812 | 4,900 |
| CALQ10287 | 9/17/2019 | 35,952 | 35,952 | 35,952 | 12,671 |
| CALQ10303 | 9/26/2019 | 42,868 | 33,515 | 33,515 | 11,713 |
| CALQ10304 | 9/27/2019 | 27,737 | 16,558 | 16,558 | 5,781 |
| CALQ10309 | 9/27/2019 | 14,271 | 14,142 | 14,142 | 4,938 |
| CALQ10313 | 9/30/2019 | 48,256 | N/A | 48,256 | 16,801 |
| CALQ10320 | 9/30/2019 | 17,464 | N/A | 17,464 | 6,080 |
| CALQ10321 | 10/2/2019 | 37,300 | 37,300 | 37,300 | 12,962 |
| CALQ10328 | 10/9/2019 | 46,514 | N/A | 46,514 | 16,057 |
| CALQ10343 | 10/9/2019 | 12,582 | N/A | 12,582 | 4,343 |
| CALQ10345 | 10/9/2019 | 11,631 | N/A | 11,631 | 4,015 |
| CALQ10350 | 10/15/2019 | 124,347 | 124,347 | 124,347 | 42,680 |
| CALQ10355 | 10/14/2020 | 26,384 | 26,384 | 26,384 | 5,890 |
| CALQ10356 | 10/17/2019 | 13,364 | 13,262 | 13,262 | 4,543 |
| CALQ10357 | 10/16/2019 | 15,891 | 15,619 | 15,619 | 5,356 |
| CALQ10358 | 10/14/2019 | 20,723 | 14,201 | 14,201 | 4,879 |
| CALQ10359 | 10/15/2019 | 17,253 | 2,272 | 2,272 | 780 |
| CALQ10377 | 10/28/2019 | 14,431 | 14,431 | 14,431 | 4,892 |
| CALQ10397 | 11/1/2019 | 13,362 | 13,162 | 13,162 | 4,444 |
| CALQ10407 | 11/5/2019 | 16,675 | 16,389 | 16,389 | 5,512 |
| CALQ10414 | 12/27/2019 | 162,588 | 18,062 | 18,062 | 5,766 |
| CALQ10420 | 10/31/2019 | 13,871 | 13,662 | 13,662 | 4,617 |
| CALQ10404[e] | 11/1/2019 | 17,701 | 17,700 | 17,700 | 5,976 |
| CALQ10422 | 11/19/2019 | 49,892 | 49,892 | 49,892 | 16,550 |
| CALQ10426 | 11/21/2019 | 13,977 | 13,642 | 13,642 | 4,516 |
| CALQ10435 | 11/22/2019 | 59,108 | 2,125 | 2,125 | 703 |
| CALQ10441 | 12/1/2019 | 25,571 | 25,207 | 25,207 | 8,262 |
| CALQ10445 | 11/28/2019 | 13,331 | 13,300 | 13,300 | 4,373 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

## Appendix L - Detail of Ghost Policies Reported to Agile Premium Finance

| Policy Number[a] | Policy Effective Date[a] | Global Hawk Premium per PF List[a] | Global Hawk Premium per Disclosure Statements[b] | Selected Global Hawk Premium[c] | Prejudgment Interest[d] |
|---|---|---|---|---|---|
| CALQ10446 | 12/1/2019 | 14,307 | N/A | 14,307 | 4,690 |
| CALQ10468 | 12/5/2019 | 24,881 | 24,536 | 24,536 | 8,010 |
| CALQ10471 | 12/13/2019 | 14,103 | 13,910 | 13,910 | 4,505 |
| CALQ10472 | 12/13/2019 | 13,945 | 13,660 | 13,660 | 4,424 |
| CALQ10475 | 12/21/2019 | 152,735 | 152,735 | 152,735 | 49,059 |
| CALQ10491 | 12/16/2019 | 30,095 | 27,727 | 27,727 | 8,952 |
| CALQ10496 | 12/18/2019 | 17,231 | 17,508 | 17,508 | 5,641 |
| CALQ10500 | 1/4/2020 | 13,341 | 13,053 | 13,053 | 4,133 |
| CALQ10501 | 12/30/2019 | 81,540 | 81,540 | 81,540 | 25,950 |
| CALQ10507 | 1/3/2020 | 12,808 | 11,862 | 11,862 | 3,759 |
| CALQ10518 | 1/16/2020 | 25,469 | 26,045 | 26,045 | 8,143 |
| CALQ10521 | 1/20/2020 | 21,519 | 21,511 | 21,511 | 6,697 |
| CALQ10523 | 1/12/2020 | 12,297 | 12,099 | 12,099 | 3,799 |
| CALQ10524 | 1/19/2020 | 41,355 | 41,355 | 41,355 | 12,889 |
| CALQ1053 | 1/24/2020 | 13,552 | 13,572 | 13,572 | 4,208 |
| CALQ10532 | 1/24/2020 | 13,584 | 13,514 | 13,514 | 4,190 |
| CALQ10536 | 1/28/2020 | 13,807 | 13,662 | 13,662 | 4,218 |
| CALQ10538 | 1/22/2020 | 13,610 | 13,610 | 13,610 | 4,228 |
| CALQ10540 | 2/6/2020 | 14,447 | 14,050 | 14,050 | 4,296 |
| CALQ10548 | 2/5/2020 | 261,550 | 281,550 | 281,550 | 86,177 |
| CALQ10551 | 1/31/2020 | 97,296 | 97,254 | 97,254 | 29,928 |
| CALQ10552 | 1/31/2020 | 31,129 | 15,699 | 15,699 | 4,831 |
| CALQ10554 | 2/9/2020 | 13,041 | 13,129 | 13,129 | 4,001 |
| CALQ10556 | 2/7/2020 | 72,151 | 71,401 | 71,401 | 21,808 |
| CALQ10559 | 2/16/2019 | 12,995 | N/A | 12,995 | 5,490 |
| CALQ10570 | 2/26/2020 | 45,273 | 43,634 | 43,634 | 13,054 |
| CALQ10573 | 2/27/2020 | 13,140 | 12,876 | 12,876 | 3,848 |
| CALQ10575 | 3/3/2020 | 80,100 | 80,100 | 80,100 | 23,806 |
| CALQ10576) | 2/27/2020 | 14,022 | 13,931 | 13,931 | 4,163 |
| CALQ10578 | 3/4/2020 | 13,727 | 13,511 | 13,511 | 4,011 |
| CALQ10579 | 3/2/2020 | 93,341 | 83,341 | 83,341 | 24,797 |
| CALQ10584 | 3/2/2020 | 91,109 | 90,479 | 90,479 | 26,921 |
| CALQ10586 | 3/3/2020 | 16,743 | 16,743 | 16,743 | 4,976 |
| CALQ10587 | 3/5/2020 | 15,039 | 14,872 | 14,872 | 4,410 |
| CALQ10588 | 3/6/2020 | 39,083 | 38,768 | 38,768 | 11,484 |
| CALQ10589 | 3/10/2020 | 12,814 | 12,814 | 12,814 | 3,779 |
| CALQ10600 | 3/17/2020 | 16,021 | 15,399 | 15,399 | 4,506 |
| CALQ10603 | 3/16/2020 | 13,442 | 13,319 | 13,319 | 3,902 |
| CALQ10606 | 3/30/2020 | 21,341 | 21,341 | 21,341 | 6,153 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix L - Detail of Ghost Policies Reported to Agile Premium Finance**

| Policy Number[a] | Policy Effective Date[a] | Global Hawk Premium per PF List[a] | Global Hawk Premium per Disclosure Statements[b] | Selected Global Hawk Premium[c] | Prejudgment Interest[d] |
|---|---|---|---|---|---|
| CALQ10614 | 3/25/2020 | 21,263 | 20,800 | 20,800 | 6,031 |
| CALQ10617 | 3/27/2020 | 12,590 | 12,459 | 12,459 | 3,605 |
| CALQ10624 | 4/3/2020 | 13,249 | 13,100 | 13,100 | 3,760 |
| CALQ10626 | 4/9/2020 | 17,113 | 16,549 | 16,549 | 4,717 |
| CALQ10627 | 4/18/2020 | 12,235 | 12,134 | 12,134 | 3,423 |
| CALQ10638 | 3/26/2020 | 17,468 | 17,468 | 17,468 | 5,059 |
| CALQ10652 | 4/27/2020 | 56,361 | 55,472 | 55,472 | 15,484 |
| CAQL10164 | 8/2/2019 | 22,711 | 11,878 | 11,878 | 4,366 |
| NVLQ10029 | 2/12/2020 | 15,291 | 15,138 | 15,138 | 4,599 |
| Q-21306.2 | 4/25/2020 | 102,685 | 102,500 | 102,500 | 28,678 |
| | | | Total: | $ 2,707,130 | $ 863,473 |

| | | |
|---|---|---|
| Before March 1, 2018: | - | - |
| On or After March 1, 2018: | 2,707,130 | 863,473 |
| Total: | $ 2,707,130 | $ 863,473 |

**Notes to Appendix L:**

a - The information pertaining to Ghost Policies contained in this Appendix was obtained by the Liquidator from Agile Premium Finance (Agile). Agile provided a list of Global Hawk policies, both Reported and Ghost policies, for which it had financed premiums (the PF List). The policies contained in this Appendix were identified as Ghost Policies by comparing the PF List to the Master Premium File provided by Global Hawk.

b - The Global Hawk premium per the Commercial Insurance Premium Finance Agreement and Disclosure Statements ("Disclosure Statements") is shown here.  A Disclosure Statement was not included for certain policies, which is denoted in this column as "N/A".

c - For the purposes of determining unremitted premiums, the premium amount per the Disclosure Statement was utilized except in those instances where a Disclosure Statement was not provided. In those instances, the amount per PF List was used.

d - The prejudgment interest is calculated on a simple interest method, utilizing a daily rate of 0.0329% (12% statutory interest rate / 365 days) from the Policy Effective Date to the date of this Report. Based on my review of Global Hawk's underlying books and records, I have assumed that all Ghost Policies premiums were financed by a third party or were single-pay policies, and therefore, paid in full at inception.

e - Per the PF List, this policy was numbered CALQ10422; per the corresponding Disclosure Statement, the Policy Number for this policy was CALQ10404 as shown here.

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10001 | 6/5/2019 | $ 21,426 | $ 8,284 |
| CALQ10008 | 6/6/2019 | 21,426 | 8,277 |
| CALQ10007 | 6/6/2019 | 21,426 | 8,277 |
| CALQ10006 | 6/7/2019 | 21,426 | 8,270 |
| CALQ10009 | 6/7/2019 | 21,426 | 8,270 |
| CALQ10014 | 6/8/2019 | 21,426 | 8,263 |
| CALQ10023 | 6/8/2019 | 21,426 | 8,263 |
| CALQ10024 | 6/8/2019 | 21,426 | 8,263 |
| CALQ10000 | 6/9/2019 | 21,426 | 8,256 |
| CALQ10003 | 6/10/2019 | 21,426 | 8,249 |
| CALQ10012 | 6/10/2019 | 21,426 | 8,249 |
| CALQ10021 | 6/10/2019 | 21,426 | 8,249 |
| CALQ10004 | 6/11/2019 | 21,426 | 8,242 |
| CALQ10013 | 6/11/2019 | 21,426 | 8,242 |
| CALQ10018 | 6/11/2019 | 21,426 | 8,242 |
| CALQ10005 | 6/11/2019 | 21,426 | 8,242 |
| CAQL10019 | 6/11/2019 | 21,426 | 8,242 |
| CALQ10022 | 6/11/2019 | 21,426 | 8,242 |
| CALQ10010 | 6/12/2019 | 21,426 | 8,235 |
| CALQ10026 | 6/13/2019 | 21,426 | 8,228 |
| CALQ10027 | 6/14/2019 | 21,426 | 8,221 |
| CALQ10020 | 6/14/2019 | 21,426 | 8,221 |
| CALQ10029 | 6/14/2019 | 21,426 | 8,221 |
| CALQ10017 | 6/14/2019 | 21,426 | 8,221 |
| CALQ10035 | 6/15/2019 | 21,426 | 8,213 |
| CALQ10045 | 6/16/2019 | 21,426 | 8,206 |
| CALQ10056 | 6/18/2019 | 21,426 | 8,192 |
| CALQ10040 | 6/19/2019 | 21,426 | 8,185 |
| CALQ10015 | 6/19/2019 | 21,426 | 8,185 |
| CALQ10039 | 6/19/2019 | 21,426 | 8,185 |
| CALQ10041 | 6/19/2019 | 21,426 | 8,185 |
| CALQ10038 | 6/20/2019 | 21,426 | 8,178 |
| CALQ10044 | 6/20/2019 | 21,426 | 8,178 |
| CALQ10048 | 6/21/2019 | 21,426 | 8,171 |
| CALQ10050 | 6/22/2019 | 21,426 | 8,164 |
| CALQ10049 | 6/23/2019 | 21,426 | 8,157 |
| CALQ10047 | 6/24/2019 | 21,426 | 8,150 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10060 | 6/24/2019 | 21,426 | 8,150 |
| CALQ10061 | 6/24/2019 | 21,426 | 8,150 |
| CALQ10054 | 6/25/2019 | 21,426 | 8,143 |
| CALQ10055 | 6/25/2019 | 21,426 | 8,143 |
| CALQ10053 | 6/25/2019 | 21,426 | 8,143 |
| CALQ10063 | 6/26/2019 | 21,426 | 8,136 |
| CALQ10062 | 6/26/2019 | 21,426 | 8,136 |
| CALQ10064 | 6/26/2019 | 21,426 | 8,136 |
| CALQ10067 | 6/27/2019 | 21,426 | 8,129 |
| CALQ10078 | 6/28/2019 | 21,426 | 8,122 |
| CALQ10076 | 6/28/2019 | 21,426 | 8,122 |
| CALQ10066 | 6/28/2019 | 21,426 | 8,122 |
| CALQ10070 | 6/29/2019 | 21,426 | 8,115 |
| CALQ10068 | 6/29/2019 | 21,426 | 8,115 |
| CALQ10059 | 6/29/2019 | 21,426 | 8,115 |
| CALQ10077 | 6/29/2019 | 21,426 | 8,115 |
| CALQ10087 | 6/29/2019 | 21,426 | 8,115 |
| CALQ10069 | 6/29/2019 | 21,426 | 8,115 |
| CALQ10058 | 6/30/2019 | 21,426 | 8,108 |
| CALQ10073 | 6/30/2019 | 21,426 | 8,108 |
| CALQ10074 | 7/1/2019 | 21,426 | 8,101 |
| CALQ10030 | 7/2/2019 | 21,426 | 8,094 |
| CALQ10083 | 7/2/2019 | 21,426 | 8,094 |
| CALQ10085 | 7/3/2019 | 21,426 | 8,087 |
| CALQ10084 | 7/5/2019 | 21,426 | 8,073 |
| CALQ10072 | 7/5/2019 | 21,426 | 8,073 |
| CALQ10089 | 7/5/2019 | 21,426 | 8,073 |
| CALQ10071 | 7/5/2019 | 21,426 | 8,073 |
| CALQ10093 | 7/5/2019 | 21,426 | 8,073 |
| CALQ10090 | 7/6/2019 | 21,426 | 8,066 |
| CALQ10094 | 7/8/2019 | 21,426 | 8,051 |
| CALQ10019 | 7/8/2019 | 21,426 | 8,051 |
| CALQ10091 | 7/8/2019 | 21,426 | 8,051 |
| CALQ10097 | 7/9/2019 | 21,426 | 8,044 |
| CALQ10099 | 7/10/2019 | 21,426 | 8,037 |
| CALQ10098 | 7/10/2019 | 21,426 | 8,037 |
| CALQ10103 | 7/10/2019 | 21,426 | 8,037 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

## Appendix M - Detail of Ghost Policies Reported to FMCSA

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10105 | 7/11/2019 | 21,426 | 8,030 |
| CALQ10117 | 7/11/2019 | 21,426 | 8,030 |
| CALQ10112 | 7/11/2019 | 21,426 | 8,030 |
| CALQ10102 | 7/12/2019 | 21,426 | 8,023 |
| CALQ10096 | 7/12/2019 | 21,426 | 8,023 |
| CALQ10095 | 7/12/2019 | 21,426 | 8,023 |
| CALQ10113 | 7/13/2019 | 21,426 | 8,016 |
| CALQ10106 | 7/13/2019 | 21,426 | 8,016 |
| CALQ10129 | 7/13/2019 | 21,426 | 8,016 |
| CALQ10110 | 7/14/2019 | 21,426 | 8,009 |
| CALQ10121 | 7/14/2019 | 21,426 | 8,009 |
| CALQ10119 | 7/15/2019 | 21,426 | 8,002 |
| CALQ10115 | 7/15/2019 | 21,426 | 8,002 |
| CALQ10108 | 7/16/2019 | 21,426 | 7,995 |
| CALQ10126 | 7/16/2019 | 21,426 | 7,995 |
| CALQ10116 | 7/16/2019 | 21,426 | 7,995 |
| CALQ10127 | 7/16/2019 | 21,426 | 7,995 |
| CALQ10123 | 7/16/2019 | 21,426 | 7,995 |
| CALQ10120 | 7/16/2019 | 21,426 | 7,995 |
| CALQ10122 | 7/16/2019 | 21,426 | 7,995 |
| NVLQ10001 | 7/17/2019 | 21,426 | 7,988 |
| CALQ10124 | 7/17/2019 | 21,426 | 7,988 |
| CALQ10132 | 7/17/2019 | 21,426 | 7,988 |
| CALQ10130 | 7/17/2019 | 21,426 | 7,988 |
| CALQ10128 | 7/17/2019 | 21,426 | 7,988 |
| CALQ10125 | 7/18/2019 | 21,426 | 7,981 |
| CALQ10135 | 7/18/2019 | 21,426 | 7,981 |
| CALQ10134 | 7/19/2019 | 21,426 | 7,974 |
| NVLQ10003 | 7/19/2019 | 21,426 | 7,974 |
| CALQ10136 | 7/21/2019 | 21,426 | 7,960 |
| CALQ10150 | 7/22/2019 | 21,426 | 7,953 |
| CALQ10154 | 7/24/2019 | 21,426 | 7,939 |
| CALQ10144 | 7/25/2019 | 21,426 | 7,932 |
| NVLQ10004 | 7/26/2019 | 21,426 | 7,925 |
| CALQ10156 | 7/26/2019 | 21,426 | 7,925 |
| CALQ10138 | 7/27/2019 | 21,426 | 7,918 |
| CALQ10145 | 7/27/2019 | 21,426 | 7,918 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10149 | 7/27/2019 | 21,426 | 7,918 |
| CALQ10146 | 7/27/2019 | 21,426 | 7,918 |
| CALQ10153 | 7/29/2019 | 21,426 | 7,904 |
| NVLQ10006 | 7/29/2019 | 21,426 | 7,904 |
| CALQ10141 | 7/29/2019 | 21,426 | 7,904 |
| CALQ10161 | 7/29/2019 | 21,426 | 7,904 |
| CALQ10155 | 7/30/2019 | 21,426 | 7,897 |
| CALQ10158 | 7/31/2019 | 21,426 | 7,889 |
| CALQ10151 | 7/31/2019 | 21,426 | 7,889 |
| CALQ10159 | 8/1/2019 | 21,426 | 7,882 |
| CALQ10165 | 8/1/2019 | 21,426 | 7,882 |
| CALQ10152 | 8/1/2019 | 21,426 | 7,882 |
| CALQ10169 | 8/1/2019 | 21,426 | 7,882 |
| CALQ10164 | 8/2/2019 | 21,426 | 7,875 |
| NVLQ10005 | 8/2/2019 | 21,426 | 7,875 |
| CALQ10162 | 8/2/2019 | 21,426 | 7,875 |
| CALQ10190 | 8/2/2019 | 21,426 | 7,875 |
| CALQ10160 | 8/2/2019 | 21,426 | 7,875 |
| CALQ10176 | 8/6/2019 | 21,426 | 7,847 |
| CALQ10175 | 8/6/2019 | 21,426 | 7,847 |
| CALQ10170 | 8/6/2019 | 21,426 | 7,847 |
| CALQ10178 | 8/7/2019 | 21,426 | 7,840 |
| CALQ10171 | 8/7/2019 | 21,426 | 7,840 |
| CALQ10172 | 8/8/2019 | 21,426 | 7,833 |
| CALQ10167 | 8/8/2019 | 21,426 | 7,833 |
| NVLQ10007 | 8/11/2019 | 21,426 | 7,812 |
| CALQ10188 | 8/11/2019 | 21,426 | 7,812 |
| CALQ10182 | 8/13/2019 | 21,426 | 7,798 |
| CALQ10196 | 8/14/2019 | 21,426 | 7,791 |
| CALQ10191 | 8/14/2019 | 21,426 | 7,791 |
| CALQ10186 | 8/15/2019 | 21,426 | 7,784 |
| CALQ10192 | 8/15/2019 | 21,426 | 7,784 |
| CALQ10187 | 8/15/2019 | 21,426 | 7,784 |
| CALQ10183 | 8/15/2019 | 21,426 | 7,784 |
| CALQ10198 | 8/16/2019 | 21,426 | 7,777 |
| CALQ10184 | 8/16/2019 | 21,426 | 7,777 |
| CALQ10200 | 8/19/2019 | 21,426 | 7,756 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---:|---:|
| CALQ10199 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10207 | 8/20/2019 | 21,426 | 7,749 |
| NVLQ10008 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10204 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10206 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10210 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10201 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10209 | 8/20/2019 | 21,426 | 7,749 |
| CALQ10213 | 8/22/2019 | 21,426 | 7,734 |
| CALQ10217 | 8/22/2019 | 21,426 | 7,734 |
| CALQ10229 | 8/22/2019 | 21,426 | 7,734 |
| CALQ10218 | 8/23/2019 | 21,426 | 7,727 |
| CALQ10212 | 8/23/2019 | 21,426 | 7,727 |
| CALQ10214 | 8/23/2019 | 21,426 | 7,727 |
| CALQ10219 | 8/23/2019 | 21,426 | 7,727 |
| CALQ10221 | 8/23/2019 | 21,426 | 7,727 |
| CALQ10211 | 8/24/2019 | 21,426 | 7,720 |
| CALQ10216 | 8/27/2019 | 21,426 | 7,699 |
| CALQ10225 | 8/27/2019 | 21,426 | 7,699 |
| CALQ10228 | 8/27/2019 | 21,426 | 7,699 |
| CALQ10230 | 8/28/2019 | 21,426 | 7,692 |
| CALQ10238 | 8/29/2019 | 21,426 | 7,685 |
| CALQ10232 | 8/29/2019 | 21,426 | 7,685 |
| CALQ10255 | 8/30/2019 | 21,426 | 7,678 |
| CALQ10237 | 8/31/2019 | 21,426 | 7,671 |
| CALQ10233 | 9/1/2019 | 21,426 | 7,664 |
| CALQ10253 | 9/3/2019 | 21,426 | 7,650 |
| CALQ10259 | 9/3/2019 | 21,426 | 7,650 |
| CALQ10260 | 9/3/2019 | 21,426 | 7,650 |
| CALQ10248 | 9/4/2019 | 21,426 | 7,643 |
| CALQ10241 | 9/5/2019 | 21,426 | 7,636 |
| CALQ10235 | 9/5/2019 | 21,426 | 7,636 |
| CALQ10243 | 9/5/2019 | 21,426 | 7,636 |
| CALQ10254 | 9/5/2019 | 21,426 | 7,636 |
| CALQ10244 | 9/6/2019 | 21,426 | 7,629 |
| CALQ10258 | 9/6/2019 | 21,426 | 7,629 |
| CALQ10242 | 9/6/2019 | 21,426 | 7,629 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---:|---:|
| CALQ10280 | 9/6/2019 | 21,426 | 7,629 |
| CALQ10263 | 9/6/2019 | 21,426 | 7,629 |
| CALQ10251 | 9/9/2019 | 21,426 | 7,608 |
| CALQ10261 | 9/9/2019 | 21,426 | 7,608 |
| CALQ10262 | 9/10/2019 | 21,426 | 7,601 |
| CALQ10252 | 9/11/2019 | 21,426 | 7,594 |
| NVLQ10010 | 9/12/2019 | 21,426 | 7,587 |
| CALQ10267 | 9/13/2019 | 21,426 | 7,580 |
| CALQ10268 | 9/13/2019 | 21,426 | 7,580 |
| CALQ10273 | 9/13/2019 | 21,426 | 7,580 |
| CALQ10272 | 9/13/2019 | 21,426 | 7,580 |
| CALQ10250 | 9/14/2019 | 21,426 | 7,572 |
| CALQ10246 | 9/14/2019 | 21,426 | 7,572 |
| CALQ10264 | 9/14/2019 | 21,426 | 7,572 |
| CALQ10270 | 9/15/2019 | 21,426 | 7,565 |
| CALQ10269 | 9/17/2019 | 21,426 | 7,551 |
| NVLQ10011 | 9/17/2019 | 21,426 | 7,551 |
| CALQ10285 | 9/17/2019 | 21,426 | 7,551 |
| CALQ10275 | 9/17/2019 | 21,426 | 7,551 |
| CALQ10274 | 9/18/2019 | 21,426 | 7,544 |
| CALQ10278 | 9/18/2019 | 21,426 | 7,544 |
| CALQ10289 | 9/19/2019 | 21,426 | 7,537 |
| CALQ10292 | 9/20/2019 | 21,426 | 7,530 |
| CALQ10279 | 9/20/2019 | 21,426 | 7,530 |
| CALQ10185 | 9/20/2019 | 21,426 | 7,530 |
| CALQ10296 | 9/24/2019 | 21,426 | 7,502 |
| CALQ10299 | 9/24/2019 | 21,426 | 7,502 |
| CALQ10298 | 9/24/2019 | 21,426 | 7,502 |
| CALQ10300 | 9/25/2019 | 21,426 | 7,495 |
| CALQ10308 | 9/25/2019 | 21,426 | 7,495 |
| CALQ10301 | 9/26/2019 | 21,426 | 7,488 |
| CALQ10302 | 9/27/2019 | 21,426 | 7,481 |
| CALQ10311 | 9/28/2019 | 21,426 | 7,474 |
| CALQ10257 | 9/30/2019 | 21,426 | 7,460 |
| CALQ10323 | 10/1/2019 | 21,426 | 7,453 |
| CALQ10293 | 10/1/2019 | 21,426 | 7,453 |
| CALQ10305 | 10/2/2019 | 21,426 | 7,446 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---:|---:|
| CALQ10329 | 10/3/2019 | 21,426 | 7,439 |
| CALQ10322 | 10/3/2019 | 21,426 | 7,439 |
| CALQ10315 | 10/3/2019 | 21,426 | 7,439 |
| CALQ10325 | 10/3/2019 | 21,426 | 7,439 |
| CALQ10336 | 10/4/2019 | 21,426 | 7,432 |
| CALQ10326 | 10/4/2019 | 21,426 | 7,432 |
| CALQ10349 | 10/8/2019 | 21,426 | 7,403 |
| CALQ10342 | 10/8/2019 | 21,426 | 7,403 |
| CALQ10314 | 10/8/2019 | 21,426 | 7,403 |
| CALQ10332 | 10/9/2019 | 21,426 | 7,396 |
| CALQ10346 | 10/9/2019 | 21,426 | 7,396 |
| CALQ10348 | 10/10/2019 | 21,426 | 7,389 |
| CALQ10310 | 10/12/2019 | 21,426 | 7,375 |
| CALQ10354 | 10/15/2019 | 21,426 | 7,354 |
| CALQ10351 | 10/16/2019 | 21,426 | 7,347 |
| CALQ10118 | 10/17/2019 | 21,426 | 7,340 |
| CALQ10366 | 10/18/2019 | 21,426 | 7,333 |
| CALQ10363 | 10/18/2019 | 21,426 | 7,333 |
| CALQ10364 | 10/18/2019 | 21,426 | 7,333 |
| CALQ10362 | 10/19/2019 | 21,426 | 7,326 |
| CALQ10365 | 10/19/2019 | 21,426 | 7,326 |
| CALQ10361 | 10/20/2019 | 21,426 | 7,319 |
| CALQ10367 | 10/20/2019 | 21,426 | 7,319 |
| NVLQ10012 | 10/20/2019 | 21,426 | 7,319 |
| NVLQ10013 | 10/21/2019 | 21,426 | 7,312 |
| CALQ10368 | 10/22/2019 | 21,426 | 7,305 |
| NVLQ10014 | 10/22/2019 | 21,426 | 7,305 |
| CALQ10371 | 10/22/2019 | 21,426 | 7,305 |
| NVLQ10015 | 10/22/2019 | 21,426 | 7,305 |
| CALQ10370 | 10/23/2019 | 21,426 | 7,298 |
| CALQ10369 | 10/23/2019 | 21,426 | 7,298 |
| CALQ10376 | 10/25/2019 | 21,426 | 7,284 |
| CALQ10374 | 10/25/2019 | 21,426 | 7,284 |
| CALQ10378 | 10/25/2019 | 21,426 | 7,284 |
| CALQ10380 | 10/28/2019 | 21,426 | 7,263 |
| CALQ10384 | 10/29/2019 | 21,426 | 7,255 |
| CALQ10393 | 10/29/2019 | 21,426 | 7,255 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10383 | 10/29/2019 | 21,426 | 7,255 |
| CALQ10396 | 10/30/2019 | 21,426 | 7,248 |
| CALQ10395 | 10/31/2019 | 21,426 | 7,241 |
| CALQ10398 | 10/31/2019 | 21,426 | 7,241 |
| CALQ10389 | 10/31/2019 | 21,426 | 7,241 |
| CALQ10390 | 10/31/2019 | 21,426 | 7,241 |
| CALQ10399 | 10/31/2019 | 21,426 | 7,241 |
| CALQ10394 | 11/1/2019 | 21,426 | 7,234 |
| CALQ10385 | 11/1/2019 | 21,426 | 7,234 |
| CALQ10392 | 11/1/2019 | 21,426 | 7,234 |
| CALQ10401 | 11/1/2019 | 21,426 | 7,234 |
| CALQ10402 | 11/1/2019 | 21,426 | 7,234 |
| CALQ10388 | 11/6/2019 | 21,426 | 7,199 |
| CALQ10410 | 11/6/2019 | 21,426 | 7,199 |
| CALQ10411 | 11/8/2019 | 21,426 | 7,185 |
| CALQ10419 | 11/8/2019 | 21,426 | 7,185 |
| CALQ10423 | 11/11/2019 | 21,426 | 7,164 |
| CALQ10415 | 11/11/2019 | 21,426 | 7,164 |
| CALQ10373 | 11/11/2019 | 21,426 | 7,164 |
| CALQ10417 | 11/12/2019 | 21,426 | 7,157 |
| CALQ10416 | 11/12/2019 | 21,426 | 7,157 |
| CALQ10418 | 11/12/2019 | 21,426 | 7,157 |
| CALQ10412 | 11/13/2019 | 21,426 | 7,150 |
| NVLQ10018 | 11/14/2019 | 21,426 | 7,143 |
| CALQ10443 | 11/15/2019 | 21,426 | 7,136 |
| CALQ10444 | 11/19/2019 | 21,426 | 7,108 |
| CALQ10434 | 11/19/2019 | 21,426 | 7,108 |
| NVLQ10019 | 11/20/2019 | 21,426 | 7,101 |
| CALQ10431 | 11/20/2019 | 21,426 | 7,101 |
| CALQ10437 | 11/22/2019 | 21,426 | 7,086 |
| CALQ10037 | 11/22/2019 | 21,426 | 7,086 |
| CALQ10436 | 11/23/2019 | 21,426 | 7,079 |
| CALQ10433 | 11/25/2019 | 21,426 | 7,065 |
| CALQ10449 | 11/26/2019 | 21,426 | 7,058 |
| CALQ10439 | 11/26/2019 | 21,426 | 7,058 |
| CALQ10450 | 11/27/2019 | 21,426 | 7,051 |
| CALQ10451 | 11/27/2019 | 21,426 | 7,051 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10452 | 11/27/2019 | 21,426 | 7,051 |
| CALQ10442 | 11/27/2019 | 21,426 | 7,051 |
| CALQ10429 | 11/28/2019 | 21,426 | 7,044 |
| CALQ10457 | 11/28/2019 | 21,426 | 7,044 |
| CALQ10455 | 11/30/2019 | 21,426 | 7,030 |
| CALQ10448 | 12/1/2019 | 21,426 | 7,023 |
| CALQ10456 | 12/3/2019 | 21,426 | 7,009 |
| CALQ10459 | 12/4/2019 | 21,426 | 7,002 |
| CALQ10463 | 12/4/2019 | 21,426 | 7,002 |
| CALQ10464 | 12/6/2019 | 21,426 | 6,988 |
| NVLQ10021 | 12/7/2019 | 21,426 | 6,981 |
| CALQ10469 | 12/11/2019 | 21,426 | 6,953 |
| CALQ10466 | 12/11/2019 | 21,426 | 6,953 |
| CALQ10409 | 12/11/2019 | 21,426 | 6,953 |
| CALQ10462 | 12/12/2019 | 21,426 | 6,946 |
| CALQ10461 | 12/12/2019 | 21,426 | 6,946 |
| CALQ10477 | 12/13/2019 | 21,426 | 6,939 |
| CALQ10473 | 12/13/2019 | 21,426 | 6,939 |
| CALQ10470 | 12/13/2019 | 21,426 | 6,939 |
| CALQ10474 | 12/13/2019 | 21,426 | 6,939 |
| NVLQ10022 | 12/16/2019 | 21,426 | 6,917 |
| CALQ10490 | 12/17/2019 | 21,426 | 6,910 |
| CALQ10492 | 12/18/2019 | 21,426 | 6,903 |
| CALQ10481 | 12/19/2019 | 21,426 | 6,896 |
| CALQ10482 | 12/19/2019 | 21,426 | 6,896 |
| CALQ10478 | 12/20/2019 | 21,426 | 6,889 |
| CALQ10489 | 12/20/2019 | 21,426 | 6,889 |
| CALQ10487 | 12/20/2019 | 21,426 | 6,889 |
| CALQ10476 | 12/20/2019 | 21,426 | 6,889 |
| CALQ10480 | 12/20/2019 | 21,426 | 6,889 |
| CALQ10485 | 12/21/2019 | 21,426 | 6,882 |
| CALQ10484 | 12/21/2019 | 21,426 | 6,882 |
| CALQ10483 | 12/25/2019 | 21,426 | 6,854 |
| CALQ10488 | 12/26/2019 | 21,426 | 6,847 |
| CALQ10497 | 12/28/2019 | 21,426 | 6,833 |
| CALQ10498 | 12/30/2019 | 21,426 | 6,819 |
| CALQ10493 | 12/30/2019 | 21,426 | 6,819 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| CALQ10505 | 12/31/2019 | 21,426 | 6,812 |
| CALQ10609 | 3/22/2020 | 24,430 | 7,108 |
| NVLQ10024 | 1/6/2020 | 24,430 | 7,719 |
| CALQ10535 | 1/24/2020 | 24,430 | 7,574 |
| CALQ10618 | 4/9/2020 | 24,430 | 6,964 |
| CALQ10628 | 4/11/2020 | 24,430 | 6,947 |
| CALQ10516 | 1/6/2020 | 24,430 | 7,719 |
| CALQ10583 | 3/2/2020 | 24,430 | 7,269 |
| CALQ10611 | 3/24/2020 | 24,430 | 7,092 |
| CALQ10633 | 4/16/2020 | 24,430 | 6,907 |
| CALQ10640 | 4/25/2020 | 24,430 | 6,835 |
| CALQ10546 | 1/29/2020 | 24,430 | 7,534 |
| NVLQ10023 | 1/10/2020 | 24,430 | 7,686 |
| CALQ10594 | 3/13/2020 | 24,430 | 7,180 |
| CALQ10616 | 4/5/2020 | 24,430 | 6,996 |
| CALQ10601 | 3/13/2020 | 24,430 | 7,180 |
| CALQ10585 | 3/5/2020 | 24,430 | 7,245 |
| CALQ10590 | 3/12/2020 | 24,430 | 7,188 |
| NVLQ10030 | 2/13/2020 | 24,430 | 7,413 |
| CALQ10593 | 3/10/2020 | 24,430 | 7,205 |
| CALQ10531 | 1/22/2020 | 24,430 | 7,590 |
| CALQ10619 | 4/3/2020 | 24,430 | 7,012 |
| CALQ10553 | 2/4/2020 | 24,430 | 7,486 |
| CALQ10522 | 1/9/2020 | 24,430 | 7,694 |
| CALQ10514 | 1/9/2020 | 24,430 | 7,694 |
| CALQ10560 | 2/6/2020 | 24,430 | 7,470 |
| CALQ10655 | 5/1/2020 | 24,430 | 6,787 |
| CALQ10581 | 3/4/2020 | 24,430 | 7,253 |
| CALQ10529 | 1/22/2020 | 24,430 | 7,590 |
| CALQ10520 | 1/9/2020 | 24,430 | 7,694 |
| CALQ10558 | 2/5/2020 | 24,430 | 7,478 |
| CALQ10592 | 3/13/2020 | 24,430 | 7,180 |
| CALQ10625 | 4/10/2020 | 24,430 | 6,956 |
| CALQ10635 | 4/16/2020 | 24,430 | 6,907 |
| CALQ10634 | 4/15/2020 | 24,430 | 6,915 |
| CALQ10550 | 1/29/2020 | 24,430 | 7,534 |
| CALQ10515 | 1/7/2020 | 24,430 | 7,711 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

## Appendix M - Detail of Ghost Policies Reported to FMCSA

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|
| NVLQ10027 | 2/11/2020 | 24,430 | 7,429 |
| CALQ10644 | 4/22/2020 | 24,430 | 6,859 |
| CALQ10213 | 3/13/2020 | 24,430 | 7,180 |
| CALQ10543 | 1/30/2020 | 24,430 | 7,526 |
| CALQ10647 | 4/24/2020 | 24,430 | 6,843 |
| CALQ10608 | 3/19/2020 | 24,430 | 7,132 |
| CALQ10651 | 4/28/2020 | 24,430 | 6,811 |
| CALQ10641 | 4/27/2020 | 24,430 | 6,819 |
| CALQ10599 | 3/10/2020 | 24,430 | 7,205 |
| CALQ10499 | 1/2/2020 | 24,430 | 7,751 |
| CALQ10645 | 4/25/2020 | 24,430 | 6,835 |
| CALQ10549 | 2/4/2020 | 24,430 | 7,486 |
| CALQ10631 | 4/15/2020 | 24,430 | 6,915 |
| CALQ10545 | 1/31/2020 | 24,430 | 7,518 |
| CALQ10567 | 2/19/2020 | 24,430 | 7,365 |
| CALQ10648 | 4/26/2020 | 24,430 | 6,827 |
| CALQ10512 | 1/9/2020 | 24,430 | 7,694 |
| CALQ10566 | 2/21/2020 | 24,430 | 7,349 |
| CALQ10643 | 4/23/2020 | 24,430 | 6,851 |
| CALQ10510 | 1/4/2020 | 24,430 | 7,735 |
| CALQ10595 | 3/12/2020 | 24,430 | 7,188 |
| CALQ10526 | 1/13/2020 | 24,430 | 7,662 |
| CALQ10622 | 4/7/2020 | 24,430 | 6,980 |
| CALQ10610 | 3/18/2020 | 24,430 | 7,140 |
| CALQ10605 | 3/24/2020 | 24,430 | 7,092 |
| NVLQ10025 | 1/21/2020 | 24,430 | 7,598 |
| CALQ10591 | 3/11/2020 | 24,430 | 7,196 |
| CALQ10519 | 1/10/2020 | 24,430 | 7,686 |
| CALQ10598 | 4/1/2020 | 24,430 | 7,028 |
| CALQ10564 | 2/17/2020 | 24,430 | 7,381 |
| CALQ10620 | 4/4/2020 | 24,430 | 7,004 |
| CALQ10530 | 1/20/2020 | 24,430 | 7,606 |
| CALQ10509 | 1/7/2020 | 24,430 | 7,711 |
| CALQ10539 | 1/29/2020 | 24,430 | 7,534 |
| CALQ10646 | 4/27/2020 | 24,430 | 6,819 |
| CALQ10612 | 3/30/2020 | 24,430 | 7,044 |
| NVLQ10032 | 2/27/2020 | 24,430 | 7,301 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

**Appendix M - Detail of Ghost Policies Reported to FMCSA**

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---:|---:|
| CALQ10576 | 2/27/2020 | 24,430 | 7,301 |
| CALQ10636 | 4/20/2020 | 24,430 | 6,875 |
| CALQ10654 | 4/25/2020 | 24,430 | 6,835 |
| CALQ10527 | 1/15/2020 | 24,430 | 7,646 |
| CALQ10615 | 3/24/2020 | 24,430 | 7,092 |
| CALQ10517 | 1/13/2020 | 24,430 | 7,662 |
| CALQ10449 | 4/12/2020 | 24,430 | 6,939 |
| CALQ10656 | 4/30/2020 | 24,430 | 6,795 |
| CALQ10656 | 4/30/2020 | 24,430 | 6,795 |
| CALQ10650 | 4/27/2020 | 24,430 | 6,819 |
| CALQ10511 | 1/7/2020 | 24,430 | 7,711 |
| CALQ10639 | 4/21/2020 | 24,430 | 6,867 |
| CALQ10541 | 1/28/2020 | 24,430 | 7,542 |
| NVLQ10033 | 4/23/2020 | 24,430 | 6,851 |
| CALQ10602 | 3/16/2020 | 24,430 | 7,156 |
| CALQ10503 | 1/13/2020 | 24,430 | 7,662 |
| CALQ10609 | 3/22/2020 | 24,430 | 7,108 |
| CALQ10547 | 2/4/2020 | 24,430 | 7,486 |
| CALQ10637 | 4/15/2020 | 24,430 | 6,915 |
| NVLQ10028 | 2/7/2020 | 24,430 | 7,462 |
| CALQ10513 | 1/9/2020 | 24,430 | 7,694 |
| CALQ10632 | 4/17/2020 | 24,430 | 6,899 |
| CALQ10523 | 1/12/2020 | 24,430 | 7,670 |
| CALQ10540 | 4/17/2020 | 24,430 | 6,899 |
| CALQ10577 | 3/1/2020 | 24,430 | 7,277 |
| CALQ10597 | 3/17/2020 | 24,430 | 7,148 |
| CALQ10613 | 3/26/2020 | 24,430 | 7,076 |
| CALQ10495 | 1/1/2020 | 24,430 | 7,759 |
| CALQ10582 | 4/2/2020 | 24,430 | 7,020 |
| CALQ10525 | 1/20/2020 | 24,430 | 7,606 |
| Total: | | $ 9,672,574 | $ 3,301,229 |
| | | | |
| Before March 1, 2018: | | - | - |
| On or After March 1, 2018: | | 9,672,574 | 3,301,229 |
| Total: | | $ 9,672,574 | $ 3,301,229 |

*Preliminary Draft*
*Privileged and Confidential*
*Prepared at the Request of Counsel in Preparation for Litigation*

## Appendix M - Detail of Ghost Policies Reported to FMCSA

| Policy Number[a] | Policy Effective Date[a] | Average Premium per Reported Policy[b] | Prejudgment Interest[c] |
|---|---|---|---|

**Notes to Appendix M:**

a - The information pertaining to Ghost Policies contained in this Appendix was obtained by the Liquidator from the Federal Motor Carrier Safety Administration ("FMCSA"). The policies contained in this Appendix were identified as Ghost Policies by comparing the FMCSA List to the Policy Master File and excluding any policies included in Appendix L.

b - The Average Premium per Reported Policy was calculated by averaging the premium amount of all new Reported Policies per the Policy Master file (identified as "NEW" and "NVT" and excluding endorsements and renewals) and dividing that by the total number of policies in a given policy year.

| | I | II | III = I / II |
|---|---|---|---|
| Policy Effective Year | Gross Written Premiums for New Policies Only | Number of Policies Written | Average Premium per Reported Policy |
| 2019 | 9,834,656 | 459 | 21,426 |
| 2020 | 7,377,849 | 302 | 24,430 |

c - The prejudgment interest is calculated on a simple interest method, utilizing a daily rate of 0.0329% (12% statutory interest rate / 365 days), from the Policy Effective Date to the date of this Report. Based on my review of Global Hawk's underlying books and records, I have assumed that all Ghost Policies premiums were financed by a third party or were single-pay policies, and therefore, paid in full at inception.

M-13