# Exhibit A



July 26, 2021

Eric A Smith
160 Federal Street
Boston, MA  02110

**RE:** **Legal Order:** Subpoena
**In the matter of:** PIECIAK V THANDI ET AL
**Case Number:** 220CV00173

I, Tracy Kaiser declare as follows:

1.     I am employed by Bank of The West in the capacity of Operations Analyst/Paralegal. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2.     The copies attached hereto are true copies of the following:

Signature Cards, Statements and Wires.

3.     The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 26th day of July, 2021.

*/s/ Tracy Kaiser*
Tracy Kaiser
Operations Analyst/Paralegal

Log Number:  070121000005