# Exhibit B

# Production of Records
# Affidavit

 **Mechanics Bank**®

### (Pursuant to Cal Evidence Code 1561)

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief. I am over the age of 18 and the duly authorized custodian of records for:

MECHANICS BANK
P.O. BOX 6010
SANTA MARIA, CA 93456-6010

And have the authority to certify that the records made available to Rackemann, Sawyer & Brewster, Eric A Smith  constitute all of the records under my custody and control, described and called for in the Authorization served with this declaration in the matter relating to said individual or thing pertaining to:

**RECORDS OF:** Global Hawk Insurance Company Risk Retention Group

## How original records were prepared:

☐ Typed/data entered

☐ Handwritten notes

☐ Transcribed

☐ Other: duplicate copies from originals, film, micro-fiche or computer printouts

☒ CD

## Type of records produced:

Signature cards, statements, checks, deposits with offsets, withdrawals with offsets, transfers, credit memos, debit memos and wires for Smart Business Checking account #40798402 from 7/1/2016 to 6/30/2020.

Signature cards, statements, checks, deposits with offsets, withdrawals with offsets, transfers, credit memos, debit memos and wires for Smart Business Checking account #40798410 from 7/1/2016 to 6/30/2020.

Signature cards, statements, checks, deposits with offsets, withdrawals with offsets, transfers, credit memos, debit memos and wires for Smart Business Checking account #40802302 from 7/1/2016 to 6/30/2020.

Signature cards, statements, checks, deposits with offsets, withdrawals with offsets, transfers, credit memos, debit memos and wires for Smart Business Checking account #3505063800/40798339 from 1/1/2017 to 6/30/2020.

Said records were prepared by personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I have produced all of the records/items requested with the following exception(s):

Unable to locate documents pertaining to communications for any of the above referenced accounts.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**


Marlene Weeks
_____
Signature of Custodian

7/12/2021
_____
Date

Marlene Weeks

Operations Manager II

FM-OPS-DEPT-130 (06/19)                    2