# Exhibit C

CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF (Arizona)

ss:

Maricopa County

NOW COMES Monica Payan, who after being duly sworn, deposes and says:

1) That the deponent is the employee of Wester Alliance Bank and in such capacity is a custodian of the records of the institution;

2) That the institution is licensed to do business as a bank in the State of Arizona.

3) That on Wednesday, June 16, 2021, the deponent was served with a subpoena in connection with the above entitled cause, calling for the production of records pertaining to Global Hawk Insurance Company.

4) That the deponent has examined the original of those records and has made a true and exact copy of them and that the reproduction of them attached is true and complete;

5) That the original of those records was made at or near the time of the acts, events, conditions or opinions recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the deponent or the office or institution in which the deponent is engaged.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Thursday, July 15, 2021

_Monica Payan_____
(Signature)