# Exhibit D

## AFFIDAVIT OF CUSTODIAN

Before me, the undersigned authority, personally appeared Karen L. Kehrer who, being by me duly sworn, deposed as follows:

My name is Karen L. Kehrer, I am of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

I am the Custodian of Records of Stifel, Nicolaus & Company, Incorporated. Attached hereto are 1,044 pages of records from Stifel, Nicolaus & Company, Incorporated. These 1,044 pages of records are kept by Stifel, Nicolaus & Company, Incorporated in the regular course of business. It is the regular course of business for an employee or representative of Stifel, Nicolaus & Company, Incorporated with knowledge of the act, condition or event recorded, to make the record or to transmit information thereof to be included in such record. The record was made at or near the time of the act, condition or event. The records attached hereto are the originals or exact duplicates of originals kept by Stifel, Nicolaus & Company, Incorporated.

_____
Affiant

STATE OF MISSOURI    }
                        }   SS.
CITY OF ST. LOUIS    }

IN WITNESS WHEREOF, I have subscribed my name and affixed by official seal this 14TH day of July, 2022.

_____
Notary Public

LAUREN M BECK
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 21153719
My Commission Expires 08-04-2025

My commission expires: 8-4-2025