# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| | ) | |
| KEVIN GAFFNEY, in his official | ) | |
| capacity as COMMISSIONER OF THE | ) | |
| VERMONT DEPARTMENT OF | ) | |
| FINANCIAL REGULATION, as | ) | |
| LIQUIDATOR of GLOBAL HAWK | ) | |
| INSURANCE COMPANY RISK | ) | |
| RETENTION GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  2-20-cv-173 |
| | ) | |
| v. | ) | |
| | ) | |
| JASBIR S. THANDI, | ) | |
| GLOBAL CENTURY INSURANCE | ) | |
| BROKERS, INC., JASPREET SINGH | ) | |
| PADDA and QUANTBRIDGE | ) | |
| CAPITAL LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF STEPHEN BROWN**

I, Stephen Brown, being sworn, hereby state as follows:

1.    I am over the age of 18 and I have personal knowledge of the matters contained in this Affidavit.  I am a resident of Vermont.

2.    I am the President of Global Insurance Management & Consulting, LLC located at 26 Cornerstone Road, Fairfax, Vermont 05454.

3.    Global Insurance Management & Consulting LLC provided captive management services for Global Hawk Insurance Company Risk Retention Group ("Global Hawk") from 2014 to 2020.

4.      As part of my duties as Captive Manager, I maintained Global Hawk's books and records in Vermont based on documents and information provided to me by Global Century Insurance Brokers, Inc. ("GCIB").

5.      GCIB provided me with monthly reports by e-mail of policies issued and premiums collected.  I used that premium information to book commissions, premium taxes, and reinsurance.

6.      The Liquidator requested copies of Global Hawk records after the Company was placed into the liquidation by the Order of Liquidation entered June 8, 2020 by the Vermont Superior Court, Washington Unit in Docket No. 196-5-20 Wncv.

7.      In response to this request, I compiled a spreadsheet of the monthly reports of policies issued and premiums collected that I received from GCIB for the years 2016-2020 (the "Gross Written Premium Spreadsheet").  I provided the Gross Written Premium Spreadsheet to the Liquidator on April 30, 2021.

8.      The Gross Written Premium Spreadsheet reconciles to the financial statements filed with the Vermont Department of Financial Regulation and reflects the complete list of policies issued and premiums collected that I received from GCIB.

9.      In further response to the Liquidator's request for Global Hawk records, I also provided records including the following:

   a.   Global Hawk's general ledger for January-December 2016, January-December 2017, January-December 2018, January-December 2019, and January-June 18, 2020 provided to me by GCIB;

   b.   Bridge Bank and Mechanics Bank statements for accounts held by Global Hawk provided to me by GCIB;

c.  Global Hawk annual financial statements for the years 2016, 2017, 2018, and 2019 filed with the Vermont Department of Financial Regulation; and

d.  Policy and premium records for the years 2016-2020 provided to me by GCIB.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 23rd, 2022.

_____
Stephen Brown