# UNITED STATES DISTRICT COURT
for the
District of Vermont

KEVIN J. GAFFNEY, in his official capacity as Commissioner of the Vermont Department of Financial Regulation, solely as Liquidator of Global Hawk Insurance Company Risk Retention Group,

*Plaintiff(s)*

v.

JASBIR S. THANDI and GLOBAL CENTURY INSURANCE BROKERS, INC.

*Defendant(s)*

Civil Action No. 2:20-cv-173

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the motion hearing held on June 10, 2022 and the court's Opinion and Order (Document 112) filed July 21, 2023, the court awards default judgment damanges. JUDGMENT is hereby entered in the amount of Sixty-Six Million Seven Hundred Three Thousand Seven Hundred Forty-Four Dollars ($66,703,744) plus Two Thousand Thirty Dollars ($2,030) per day from August 24, 2022 to the date of judgment for plaintiff Kevin J. Gaffney, against defendants Jasbir Thandi and Global Century Insurance Brokers, Inc.

Previously, pursuant to the Stipulation and Order of Dismissal With Prejudice of Jaspreet Singh Padda and Quantbridge Capital, LLC (Document 92) filed February 18, 2022, all claims against defendants Jaspreet Singh Padda and Quantbridge Cappital, LLC were DISMISSED WITH PREJUDICE.

The effective post-judgment interest rate is: 5.36 percent.

Date: July 24, 2023

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 7/24/2023

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*